We, the jury, find for
the Defendant.

4-8-09

Foreperson,

Donald Worsham

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

WILLIE MAE MOORE                                                    PLAINTIFF

VS.                                                       CAUSE NO.   4:07CV5-M-B

WAL-MART STORES, INC.
AND JOHN DOES 1-5                                                  DEFENDANTS


AND


WAL-MART STORES, INC.                              DEFENDANT/THIRD-PARTY
                                                                     PLAINTIFF

V.

PUBLIC PAY PHONE COMPANY,
ROBERT P. SCHMIDT AND
JOHN DOES A-B                                    THIRD-PARTY DEFENDANTS


## FORM OF THE VERDICT

Your verdict must be unanimous and should be brought back in the following form:

1.      If you find for the Plaintiff, then the form of your verdict will be:

We, the jury, find for the Plaintiff and set the amount of compensatory damages at

$_____.


OR


2.      If you find for the Defendant, the form of your verdict will be:

We, the jury, find for the Defendant.


OR


3.      If you find in favor of the plaintiff but conclude that plaintiff's own contributory

negligence, and/or the negligence of Public Pay Phone Company/Robert Schmidt, were also proximate cause(s) of plaintiff's damages, then you should assess a percentage of fault to each of these three parties, as follows.

Plaintiff             _____ % percent

Wal-Mart Stores, Inc. _____% percent.

Public Pay Phone Company/Robert Schmidt _____% percent.

The total of these three percentages must equal 100%. Do not adjust the award of compensatory damages to account for these percentages; this function will be performed by the court.


_____        _____

**FOREPERSON**                                               **DATE**