**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

WILLIE MAE MOORE                                                     **PLAINTIFF**

VS.                                                                  **CAUSE NO. 4:07CV5-M-B**

WAL-MART STORES, INC.
AND JOHN DOES 1-5                                                    **DEFENDANTS**

                                  **AND**

WAL-MART STORES, INC.                                **DEFENDANT/THIRD-PARTY
                                                                  PLAINTIFF**

V.

PUBLIC PAY PHONE COMPANY,
ROBERT P. SCHMIDT AND
JOHN DOES A-B                                        **THIRD-PARTY DEFENDANTS**

**POST TRIAL BRIEF IN SUPPORT OF THIRD-PARTY CLAIMS
FOR ATTORNEY'S FEES AND EXPENSES**

Following the trial of the Plaintiff's premises liability action conducted on April 6-8, 2009,

Defendant Wal-Mart Stores, Inc. hereby submits its post trial brief in support of its breach of contract

claim against Third Party Defendants Public Payphone Company and Robert Schmidt. Defendant

submits the jury's verdict in favor of Defendant confirms Wal Mart Stores, Inc. was not negligent

in any manner and did not cause the subject incident with Plaintiff. Therefore, Third Party

Defendant is obligated under the terms of the contract among these parties to reimburse the

attorney's fees and legal expenses Defendant incurred because of the claims filed by Plaintiff arising

out of the operation of the subject payphone and its enclosure. In light of the finding that Wal-Mart

was not negligent coupled with the defense and indemnity obligations under the contract, Defendant

requests this Court enter judgment against Public Payphone Company and Robert Schmidt for full

reimbursement of Defendant's attorney fees and legal expenses under the Third Party claims brought herein.

# I. INTRODUCTION

The trial of Plaintiff's premises liability claims was conducted on April 6-8, 2009. After all parties announced ready, presented their evidence and rested the jury returned a verdict for the Defendant. Prior to the trial the Court ruled Defendant's Third Party claims would be bifurcated and after the jury's verdict, the parties agreed to submit the breach of contract claims to the court for consideration. Without waiving its alternative common law indemnity claim or right to trial by jury on such alternative claim, Defendant request the Court fully reimburse it for attorneys fees and expenses which would render the common law indemnity claim moot and streamline the resolution of this dispute to a final judgment without the need for another trial on remaining claims.

## A. Wal-Mart's Contract with Public Payphone Company

The contract between Wal Mart and Public Payphone/Robert Schmidt entitled "Public Telephone Placement Agreement" was admitted as Ex. D-1 during the trial. Paragraph 17(b) provides that any dispute among the parties will be governed by California law. California courts have held the law of indemnity is "the obligation resting on one party to make good the loss or damage another has incurred." *Heppler v. J.M. Peters Company, Inc.*, 73 Cal.App. 4th 1265, 1275 (Cal. 1999). "An express indemnity obligation is contractual in nature, permitting great freedom of action to the parties in the establishment of the indemnity arrangements while at the same time subjecting the resulting contractual language to established rules of construction." *Id.* at 1276. In addressing an express indemnity and defense clause in a contract similar to the request herein the Supreme Court of California stated:

2

> The question whether an indemnity agreement covers a given case turns primarily on contractual interpretation, and it is the intent of the parties as expressed in the agreement that should control. When the parties knowingly bargain for the protection at issue, the protection should be afforded.

*Rossmoor Sanitation, Inc. v. Pylon, Inc.*, 532 P.2d 97, 13 Cal.3d 622, 633 (Cal. 1975).

## 1. Duty to Install, Maintain and Repair

The testimony of store managers from the Indianola Wal-Mart Store confirmed the general policy of Defendant in regard to outside vendors such as Public Pay Phone and Robert Schmidt. In short, Wal-Mart permits outside vendors to install their products or devices, such as public pay phones, in their retail stores in exchange for commissions but relies upon the outside vendor to properly install, maintain and repair their products or devices. Accordingly, the subject contract herein stated that Public Pay Phone/Schmidt shall. . .

> i. Install, collect, and incorporate its pay phone(s) and determine the appropriate enclosure(s) and features to provide pay phone services to the public that are mutually agreed upon;
>
> ii. Maintain the pay phone(s) enclosure(s) and associated wiring and proper working order and, when notified, will promptly repair such equipment, unless prevented from doing so by events not within its control (weekend/holiday repair service will be based on Provider's determination of Premises Operator's needs.

(Ex. D-1).

In regard to the cost for installation, maintenance or repair, the contract further required that Public Pay Phone/Schmidt "shall install, operate, repair, service and maintain each Public Telephone at each Location at Provider's sole expense and any damage caused by the placement, movement or removal of the Public Telephone shall be the sole responsibility of the provider. *Id.*

The trial testimony of Mr. Schmidt himself confirmed that he and his company bear the sole

responsibility of installation, maintenance and repair of the payphone in the Indianola Wal-Mart that was involved with the claims brought by Plaintiff. The testimony also established that Public Payphone/Schmidt installed the subject phone via one of its contractors, Ed Cutshall, just three or four months before the subject incident. It was also undisputed at trial that Wal Mart relied upon its outside vendor to service the subject payphone and its enclosure and did not have any employees who even know how to repair, collect or service the phone or its enclosure.

### 2. The Defense and Indemnity Obligation

The contract contained a defense and indemnity obligation in paragraph 5 which specifically addressed the scenario presented by Plaintiff's claims when a claim was filed against Wal Mart arising out of the operation of the subject payphone in its Indianola store. As a premises owner, Wal Mart is aware that it cannot delegate the duty to maintain its premises in a reasonably safe condition under Mississippi law even if it is sued because of an incident involving the product or device of an outside vendor. In order to provide some measure of assurance and protection against expensive claims of the type brought by Plaintiff, Wal Mart routinely requests its outside vendors to provide a legal defense and indemnity to Wal Mart if it is sued because of the outside vendor's product or device. This common practice among retailers and outside vendors is akin to the statutory protection provided to retailers when the retailer is sued in a products liability action alleging a defective product and the retailer is sued merely because it sold the product in the steam of commerce. MISS. CODE ANN § 11-1-63 (Supp. 2002).

The specific defense and indemnity obligation of Public Pay Phone Company and Mr. Schmidt states:

Provider [Public Pay Phone Company and Robert Schmidt] agrees to indemnify,

defend and save Company [Wal-Mart Stores, Inc.] and their respective directors, officers, employees, subsidiaries, affiliates, landlords, agents and contractors (collectively, the "Indemnified Parties") harmless against each and every claim, demand, cause of action, loss, damage, injury, or lawsuit (including all associated attorneys' fees)(collectively, a "Claim"), relating to liability for bodily injury or property damage arising from, or alleged to have arisen from or related to (a) the operation of a Public Telephone provided under this Agreement . . . (c) any breach by Provider [Public Pay Phone and Robert Schmidt] of its obligations hereunder . . . . However, this indemnification shall not apply in the event the injury or damage arises out of or is caused by the negligence or willful conduct of any indemnified party. An Indemnified Party may retain counsel and defend such Claim at Provider's [Public Pay Phone and Robert Schmidt's] expense if the indemnified party [Wal-Mart], in its sole discretion, believes that [Public Pay Phone and Robert Schmidt] will or has failed to complied with any of the terms or conditions of this Section 5.

(Ex. D-1).

Two days after Plaintiff's incident with Third Party Defendant's phone enclosure Wal-Mart placed PPC/ Schmidt on written notice to defend and indemnity Wal-Mart for the claim of Willie Mae Moore. (Ex D- 2.). Moreover, after Plaintiff instigated her lawsuit against Wal-Mart Stores, Inc. the legal counsel selected by Wal-Mart provided a second written demand for defense and indemnification to PPC/Schmidt pursuant to the terms of the Agreement. (Ex. D-3).

## B. PPC/Schmidt's Reasons for Not Defending Wal Mart

Third-Party Defendants refused to honor either request, which resulted in Wal Mart filing the Third Party Complaint on May 25, 2007. Public Payphone/Schmidt's reason for not providing Wal Mart with a legal defense or indemnity was based on the alleged negligence of Wal Mart for not notifying PPC/Schmidt of the damage or placing warnings around the subject phone and enclosure. In response to these reasons Wal Mart defended these allegations with testimony that none of the managers in the store had prior knowledge of any damage to the phone enclosure and its Customer Service Manager, Sarah Walker, testified that she specifially recalled the agent for Public Pay Phone

came to collect the money from this phone while it was in a damaged condition but did not make the necessary repairs or place warnings itself. Further, all of the witnesses (either called by Defendant, Plaintiff or Third-Party Defendants) affirmed there was absolutely no evidence which even suggested Wal-Mart or any its employees caused any damage to the payphone enclosure prior to the incident with Plaintiff. Likewise, there was no evidence of willful misconduct by Wal-Mart. After extensive deliberations of all the evidence presented, the jury returned a verdict in favor of Wal Mart therefore supporting its defenses that Wal Mart was not negligent in this claim under the contract and should be reimbursed for its attorney fees and legal expenses.

This Court's prior ruling on Defendant's Motion for Summary Judgment considered the request for a legal defense and indemnification but deferred final adjudication of this issue until the jury was afforded the opportunity to hear the evidence and render a verdict and held:

> At any rate, the Court concludes that a final resolution of these issues should properly wait until after the jury has had a chance to determine to what extent, if any, fault for Moore's injuries lies with Wal-Mart and/or PPC. The Court will therefore stay Wal-Mart's Motion for Summary Judgment at this juncture but will entertain any motions relating to the issue of attorney's fees and indemnification after the jury has spoken regarding fault for the underlying accident in this case.

Defendant submits that after each party was allowed the opportunity to present all of the evidence at trial, the jury's verdict is confirmation that Defendant Wal Mart was not negligent and did not cause the subject incident with Plaintiff. Therefore, by the express terms of the contract Defendant should be considered an Indemnified Party and entitled to reimbursement of its attorney's fees and legal expenses.

Defendant anticipates Public Payphone/Schmidt will continue their same argument against an award of attorney's fees by claiming Wal-Mart was somehow negligent despite the jury's verdict.

6

Third-Party Defendants have relied on an alleged condition precedent of sorts in the Contract which states that "indemnification shall not apply in the event the injury or damage arises out of or is caused by the negligence or willful misconduct of any indemnified party."

Nonetheless, Public Payphone and Mr Schmidt were afforded the same opportunity to submit evidence during the trial and repeatedly alleged that Wal-Mart was negligent because its associates had knowledge of damage to the phone enclosure prior to Plaintiff's incident. Upon careful deliberation of such evidence and the defenses asserted by Wal Mart, the jury found that Wal-Mart was not negligent in this case. Therefore, pursuant to the Court's ruling in the Motion for Summary Judgment and the contract, Wal-Mart is an indemnified party entitled to indemnification from PPC and/or Mr. Schmidt. Since it has been established by the jury that Wal-Mart is not negligent, and there is no suggestion of evidence that Wal Mart willfully caused the incident with Plaintiff, Defendant is entitled to full reimbursement of attorneys fees pursuant to the Contract.

### C. Attorney's Fees for Prevailing Party

The subject Contract also provides for reimbursement of attorney's fees and legal expenses in the event of a legal proceeding between Wal-Mart and Public Pay Phone/Schmidt such as the Third-Party claim herein in paragraph 17 which states:

> In the event of any legal proceeding of any kind between the parties hereto arising out of or relating to this Agreement, whether at law or in equity, including (without limitation), any arbitration, the prevailing party will be entitled to recover its actual cost (including all court and arbitration costs) and actual attorneys fees, in addition to any other relief to which such party may be entitled.[1]

(Ex. D-1).

---

[1] The Third-Parties herein submitted their dispute in regard to the defense and indemnity obligations to this Court pursuant to the Third-Party claims and relief requested therein rather than proceed to arbitration.

Defendant Wal-Mart exercised its right to select its own legal counsel under paragraph 5 and incurred significant legal fees and defense cost for the claim brought by Plaintiff and the third-party claim. The updated affidavit of defense counsel, attached hereto as Ex. D-6, establishes the current attorney's fees incurred by Wal Mart through April 27, 2009 total $54,976.00 with an additional $6,037.29 in legal costs or expenses.[2] In order to confirm a set amount of damages for its Third Party breach of contract claim, Wal Mart stipulates its damages for this claim through April 27, 2009 total $61,013.29. However, in the event of further proceedings of a trial on the common law indemnity claim or an appeal by any party, Wal Mart reserves its right to supplement its damages with an updated amount of fees and expenses.

## II. REASONABLENESS OF ATTORNEY'S FEES

Defendant recognizes an award of attorney's fees also involves the court's consideration of the reasonableness of such fees. Defendant submits the fees and expenses incurred in this case were reasonable as shown by the detailed billing statements submitted by defense counsel showing a reasonable legal rate charged per hour as well as reasonable amount of time expended for the various legal work performed under the lodestar calculation method. (Ex. D-6). Defendant also submits the actually amount of legal fees incurred for this case demonstrates the reasons why retailers such as Wal Mart routinely require outside vendors to defend and indemnify them in the event the retailer is sued because of a claim involving the outside vendor's product or device. Upon consideration of the factors below and a comparison of similar decisions which affirmed an award of attorney's fees much higher than incurred herein, Defendant submits there is substantial evidence of the

---

[2]Attached hereto is the updated Exhibit D-6 which Defendant offers in support of its request for attorneys fees and details the legal work performed from the date of tender through April 27, 2009.

reasonableness of the fees requested.

Federal courts have set out several factors to be considered when determining whether attorney's fees are reasonable according to the lodestar method of calculating fees adopted by the United States Supreme Court. After calculation of the lodestar amount the Court may consider other factors as set forth in the decision of *Johnson v. Georgia Highway Express, Inc.* 488 F. 2d 714 (5th Cir. 1974). Mississippi courts have also adopted these guidelines when considering the reasonableness of an award of attorney's fees and conduct a similar analysis with the Federal Courts as well as guidelines from Rule 1.5 of the *Mississippi Rules of Professional Conduct. In re Gillies,* 830 So.2d 640, 645 (Miss. 2002). While all of the factors are not applicable to the case at bar, they are listed in their entirety below:

(1)   The time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service;
(2)   The likelihood, if apparent to the client, the acceptance of the particular employment will preclude other employment by the lawyer;
(3)   The fee customarily charged in the locality for similar legal services;
(4)   The amount involved and the results obtained;
(5)   The time limitations imposed by the client or by the circumstances;
(6)   The nature and length of the professional relationship with the client;
(7)   The experience, reputation and ability of the lawyer or lawyers performing the services; and
(8)   Whether the fee is fixed or contingent.

*Id. See McKee v. McKee*, 418 So.2d 764 (Miss. 1982); *Mabus v. Mabus*, 910 So.2d 486 (Miss. 2005).

Plaintiff's lawsuit was filed on December 11, 2006 and has been in litigation for well over two (2) years. Promptly after receipt of the lawsuit, defense counsel sent written notice of the tender of defense and expectation of indemnification. (Ex. D-3). Over the course of the years, the case has required the assistance of associate attorneys and paralegals in addition to the lead attorney. The

pleadings index for Defendant indicates nearly eighty (80) separate entries which included items such as the Motion for Leave to File Third-Party Complaint, Motion to Transfer Venue, Third-Party Defendants' Motion to Dismiss, Defendant's Motion for Summary Judgment and even a "Motion for Declaratory Judgment" filed by Third-Party Defendants, among other pleadings. This case involved extensive discovery and traveling expenses such as the corporate deposition of Third-Party Defendant in New Orleans and depositions in Batesville, Oxford, Indianola and Greenville. Additionally, the original trial setting of this matter was continued twice and this dispute was eventually tried over the course of three days. The parties also engaged in a mediation and a separate settlement conference with the Magistrate Judge.

Defendant also believes the amount of fees involved and the outcome of the case constitute a reasonable correlation. Wal-Mart received a favorable ruling from the jury finding that it was not negligent and therefore not liable to Plaintiff for any amount of damage sustained. Considering the third factor, defense counsel charged Wal-Mart a reasonable rate per hour of $140.00, and charges this same customary rate for Defendant's cases throughout the Northern District of Mississippi. Considering the sixth factor, defense counsel retains a long business relationship with Wal-Mart whereby the undersigned counsel routinely represents Wal-Mart in cases involving personal injuries in one of its stores. Seventh, defense counsel has a fairly substantial amount of experience in handling personal injury cases in this area, particularly premises liability actions, and has tried dozens of such cases. Finally, counsel charged Wal-Mart a fixed rate, agreed upon by Wal-Mart, for the legal services rendered. *Id.*

While some of the factors for consideration are not applicable, Defendant submits the overall amount of the attorneys fees requested herein are reasonable and comply with judicial precedent

cited above. Another unwritten factor which illustrates the reasonableness of the attorney's fees incurred by Defendant in this litigation is a comparison to similar awards affirmed by our appellate courts.

In *Raines v. Bottrell Ins. Agency, Inc.*, the Mississippi Supreme Court upheld an attorneys fee award in the amount of $138,867.65 for a breach of contract claim against a former insurance agent who violated a covenant not to compete. *Raines v. Bottrell Insurance Agency, Inc.*, 992 So.2d 642 (Miss. 2008). Similarly, in *Microtek Medical, Inc. v. 3M Company*, the Mississippi Supreme Court upheld an attorneys fee award in the amount of $223,031.09 base on a standard rate of $240.00 per hour in an indemnity action arising out of an allegedly defective product. *Microtek Medical, Inc. v. 3M Company*, 942 So.2d 122 (Miss. 2006). Even though the *Microtek* decision was modified on a separate legal issue, the attorneys fee award, which essentially quadruples the amount requested by Wal-Mart herein on a matter which was decided via Summary Judgment, was affirmed.

### III.  CONCLUSION

Pursuant to the terms of the contract among Defendant Wal-Mart Stores, Inc. and Third-Party Defendants Public Pay Phone/Schmidt, coupled with the jury's finding that Wal-Mart was not negligent for the claims brought by Plaintiff, Defendant is entitled to full reimbursement of its attorneys fees and legal expenses incurred herein. Additionally, pursuant to paragraph 17 of the Contract, Defendant is likewise entitled to full reimbursement of its attorneys fees and legal costs expended in defense of the claims brought by Plaintiff and the cost of prosecuting the third-party claims. In light of the various factors for consideration Defendant also submits that the total amount of fees requested is reasonable and consistent with attorneys fees awards upheld by our Appellate Courts. Accordingly, Defendant Wal-Mart hereby requests judgment of this Court against Third-

Party Defendants Public Pay Phone Company and Robert Schmidt, jointly and severally in the amount of $54,976.00 for attorneys fees and $6,037.29 for legal expenses through April 27, 2009 but reserves the right to request additional attorneys fees and expenses in the future if there is additional litigation of this matter or an appeal.

**RESPECTFULLY SUBMITTED** this the 27th day of April 2009.

WAL-MART STORES, INC.

By:/s/R. Brittain Virden
        R. BRITTAIN VIRDEN, MBN 10022
        RENETHA L. FRIESON, MBN 103005
        Attorneys for Defendant

OF COUNSEL:

R. Brittain Virden
Renetha L. Frieson
CAMPBELL DeLONG, LLP
923 Washington Avenue
Post Office Box 1856
Greenville, MS 38702-1856
Telephone: (662) 335-6011
Facsimile: (662) 334-6407

## CERTIFICATE OF SERVICE

I, R. Brittain Virden, attorney for Defendant herein, do hereby certify that on April 27, 2009, I electronically filed the foregoing with the Clerk of Court using the CM/ECH system, which will send notification of such filing to the following: Arnold D. Lee, Esq. (alee@lee-hughes.com)Leo Carmody, Jr., Esq. (lcarmody@rbisf.com) and Edward J. Currie, Jr., Esq. (ecurrie@curriejohnson.com).

/s/R. Brittain Virden
**R. BRITTAIN VIRDEN**
**RENETHA L. FRIESON**
**Attorneys  For Defendant Wal-Mart**
**Stores, Inc.**
**CAMPBELL DeLONG,LLP**
923 Washington Avenue (38701)
Post Office Box 1856
Greenville, MS  38702-1856
Telephone (662) 335-6011
Facsimile  (662) 334-6407
**bvirden@campbelldelongllp.com**
**rfrieson@campbelldelongllp.com**

13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

WILLIE MAE MOORE                                       **PLAINTIFF**

VS.                                **CAUSE NO.  4:07CV5-M-B**

WAL-MART STORES, INC.
AND JOHN DOES 1-5                          **DEFENDANTS**

**AND**

WAL-MART STORES, INC.              **DEFENDANT/THIRD-PARTY**
                                          **PLAINTIFF**

V.

PUBLIC PAY PHONE COMPANY,
ROBERT P. SCHMIDT AND
JOHN DOES A-B                   **THIRD-PARTY DEFENDANTS**

## AFFIDAVIT OF R. BRITTAIN VIRDEN

**STATE OF MISSISSIPPI**

**COUNTY OF WASHINGTON**

      **PERSONALLY APPEARED BEFORE ME,** the undersigned authority in and for said

county and state aforesaid, R. Brittain Virden, who being by me first duly sworn, did depose and say:

1.

      My name is R. Brittain Virden, and I am an adult resident citizen of Greenville, Washington

County, Mississippi.

2.

      I am an attorney and practice with the law firm of Campbell DeLong, LLP, located at 923



EXHIBIT

D-6

Washington Avenue, Greenville, Mississippi, 38701 and have been retained as defense counsel for

Wal-Mart Stores, Inc. in Cause No. 4:07CV5-M-B pending before the United States District Court

for the Northern District of Mississippi, Greenville Division, which action is styled *Willie Mae*

*Moore v. Wal-Mart Stores, Inc., et. al.*

3.

On behalf of Wal-Mart Stores, Inc. I have submitted correspondence to Third-Party

Defendants Public Pay Phone Company and Robert P. Schmidt on or about January 22, 2007. A

true and correct copy of that correspondence is attached hereto as Exhibit "1" and incorporated

herein by reference which provided written demand for indemnity and legal defense cost to Wal-

Mart Stores, Inc. That correspondence followed the previous demand of Wal-Mart Stores, Inc. for

a defense and indemnity via written demand dated April 24, 2006, which correspondence is attached

hereto as Exhibit "2" and incorporated herein by reference.

4.

Public Pay Phone Company nor Robert P. Schmidt ever acknowledged their obligations and

responsibilities for a defense and indemnity to Wal-Mart Stores, Inc. pursuant to the Public

Telephone Placement Agreement between the parties. Thereafter Wal-Mart Stores, Inc. filed a Third-

Party Complaint against Public Pay Phone Company and Robert P. Schmidt for breach of contract

and related relief for defense and indemnity for the underlying lawsuit filed by Willie Mae Moore.

5.

Pursuant to the terms of the Public Telephone Placement Agreement, Wal-Mart Stores, Inc.

selected R. Brittain Virden and the law firm of Campbell DeLong, LLP as its defense counsel

pursuant to the discretion granted to Wal-Mart for retention of legal counsel under paragraph 5 of

2

the Agreement.

6.

Wal-Mart Stores, Inc. has incurred attorney's fees which total $54,976.00 through April 27,

2009 in connection with this action. Additionally, Wal-Mart Stores, Inc. has incurred legal expenses

totaling $6,037.29 through April 27, 2009 for a total of $61,013.29 in fees and expenses. Attached

hereto as Exhibit "3" is a true and correct copy of the billing statements and summary of legal fees

and expenses incurred by Wal-Mart Stores, Inc. for Campbell DeLong, LLP from the date of the

tender to Third-Party Defendants through April 27, 2009.

**AND FURTHER**, affiant saith not.

_____<br>R. BRITTAIN VIRDEN

**SWORN TO AND SUBSCRIBED BEFORE ME,** this the 27th day of April, 2009.

_____<br>NOTARY PUBLIC

**My Commission Expires:**

_____

LAW OFFICES OF
## CAMPBELL DELONG, LLP
P.O. BOX 1856
923 WASHINGTON AVENUE
GREENVILLE, MISSISSIPPI 38702-1856

(662) 335-6011
FACSIMILE: (662) 334-6407
E-MAIL: bvirden@campbelldelongllp.com
WEBSITE: www.campbelldelongllp.com

LAWRENCE D. WADE
HAROLD H. MITCHELL, JR.
ROBERT N. WARRINGTON
P. SCOTT PHILLIPS
R. BRITTAIN VIRDEN*
BRADLEY F. HATHAWAY*
FRANK G. POWER
L. DOUGLAS WADE, JR.
CHARLES S. HEWINS
MICHAEL C. GATLING

*ALSO ADMITTED IN ARKANSAS

OF COUNSEL:
J. WALKER STURDIVANT

ROY D. CAMPBELL, JR.
1913-2000
FRED C. DELONG, JR.
1931-1993

January 22, 2007

Mr. Rob Schmidt
Public Pay Phones Company
1034 Raymond Drive
Metairie, LA 70001

RE: Willie Mae Moore v. Wal-Mart Stores, Inc.; United States District Court for the Northern District of Mississippi, Greenville Division, Cause No.: 4:07cv00005-MPM-EMB

Dear Mr. Schmidt:

This correspondence will follow my telephone conference with you in regard to the above referenced action. As I explained, Wal-Mart Stores, Inc. has been sued by Willie Mae Moore alleging that a piece of a payphone installed by Public Pay Phone Company fell on her foot. Pursuant to Mississippi law and the Vendor Agreement between Public Pay Phone Company and Wal-Mart Stores, Inc., this correspondence is sent as written notice that Wal-Mart Stores, Inc. demands a defense and/or indemnity from Public Pay Phone Company for all allegations, claims and demands of Plaintiff in the above referenced action. A copy of the lawsuit filed against Wal-Mart Stores, Inc., along withe the Notice of Removal, is enclosed for your review.

Please convey this request for a defense and indemnity to your insurance carrier and have them contact me directly for this notice. Thank you for your cooperation and assistance.

Sincerely yours,

R. Brittain Virden

RBV:ejb
Enclosures

F:\USERS\17\WP\WalMart\Moore, W\Rob Schmidt-1.22.07.wpd



**EXHIBIT**
"1"

# Claims Management, Inc.

April 24, 2006

Public Pay Phones Company
ATTN: Rob Schmidt
1034 Raymond Dr
Metairie, LA 70001

Willie Moore
131 Aquarius Circle
Indianola, MS 38751
Phone 662-887-7259

RE:            Willie Moore
File #:         4951178
Date of Loss:   04/22/2006
Store#:         347

Dear Rob Schmidt:

Claims Management, Inc. is the claims handler for Wal-Mart Stores, Inc., and their insurance
carrier concerning customer incidents.

We have been notified of an incident involving a product, which was either manufactured or
distributed by your company. The incident as reported is: the claimant was standing by the
payphone at the customer service desk when the wooden case fell and a piece of it landed on top
of her foot.

At this time, your company is placed on notice of this incident. Please inform your insurance
carrier of this matter as soon as possible so that your interests can be protected in the event that a
claim is asserted by the claimant.

I would appreciate acknowledgement of this letter and will update you with any new information
that becomes available in the future. Thank you for your cooperation.

If you need additional information, please contact me at 479-621-2900+20883.

Thank you for your anticipated cooperation and assistance.

Sincerely,


Linda King
GL Case Manager


---

**Claims Management, Inc.**

P. O. Box 8083 - Bentonville, AR 72712-8083
CLAIMS MANAGEMENT, INC. (DBA) CLAIMS MANAGEMENT, INC. OF ARKANSAS
ARKANSAS CLAIMS MANAGEMENT, INC.
PHON                                    R.FAX



EXHIBIT

"2"

|  | Month to Date | Year to Date | Inception to Date |
|---|---|---|---|
|  | Amount | Amount | Amount |
| Fees | 12,577.00 | 12,913.00 | 54,976.00 |
| Expenses | 558.46 | 558.46 | 6,037.29 |
| Surcharge | 0.00 | 0.00 | 0.00 |
| Taxes | 0.00 | 0.00 | 0.00 |
| Interest | 0.00 | 0.00 | 0.00 |
| Total | 13,135.46 | 13,471.46 | 61,013.29 |

**EXHIBIT**

tabbies®

"3"

| | Type | Bill | Date | Cash / PPD | Fees | Expenses | Surchg/Tax/Int | A/R Balance | Comment |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bill | 29333 | 02/08/2007 | 0.00 | 2,546.00 | 357.16 | 0.00 | 2,903.16 | From bill #29333 |
| 2 | Cash | 29333 | 02/27/2007 | 2,903.16 | 2,546.00 | 357.16 | 0.00 | 0.00 | Claims Management, Inc. |
| 3 | Bill | 29530 | 03/20/2007 | 0.00 | 2,340.00 | 24.25 | 0.00 | 2,364.25 | From bill #29530 |
| 4 | Cash | 29530 | 04/12/2007 | 2,364.25 | 2,340.00 | 24.25 | 0.00 | 0.00 | Claims Management, Inc. |
| 5 | Bill | 29763 | 05/09/2007 | 0.00 | 2,101.00 | 410.00 | 0.00 | 2,511.00 | From bill #29763 |
| 6 | Cash | 29763 | 05/29/2007 | 2,511.00 | 2,101.00 | 410.00 | 0.00 | 0.00 | Claims Management, Inc. |
| 7 | Bill | 29929 | 06/19/2007 | 0.00 | 1,730.00 | 157.07 | 0.00 | 1,887.07 | From bill #29929 |
| 8 | Cash | 29929 | 07/10/2007 | 1,887.07 | 1,730.00 | 157.07 | 0.00 | 0.00 | Claims Management, Inc. |
| 9 | Bill | 30025 | 07/10/2007 | 0.00 | 1,068.00 | 55.22 | 0.00 | 1,123.22 | From bill #30025 |
| 10 | Cash | 30025 | 08/06/2007 | 1,123.22 | 1,068.00 | 55.22 | 0.00 | 0.00 | Claims Management, Inc. |
| 11 | Bill | 30181 | 08/07/2007 | 0.00 | 1,396.00 | 8.32 | 0.00 | 1,404.32 | From bill #30181 |
| 12 | Cash | 30181 | 08/29/2007 | 1,404.32 | 1,396.00 | 8.32 | 0.00 | 0.00 | Claims Management, Inc. |
| 13 | Bill | 30339 | 09/07/2007 | 0.00 | 4,846.00 | 231.96 | 0.00 | 5,077.96 | From bill #30339 |
| 14 | Cash | 30339 | 09/28/2007 | 5,077.96 | 4,846.00 | 231.96 | 0.00 | 0.00 | Claims Management, Inc. |
| 15 | Bill | 30515 | 10/15/2007 | 0.00 | 1,850.00 | 421.82 | 0.00 | 2,271.82 | From bill #30515 |
| 16 | Cash | 30515 | 11/05/2007 | 2,271.82 | 1,850.00 | 421.82 | 0.00 | 0.00 | Claims Management, Inc. |
| 17 | Bill | 30705 | 11/08/2007 | 0.00 | 5,647.00 | 1,766.31 | 0.00 | 7,413.31 | From bill #30705 |
| 18 | Cash | 30705 | 11/28/2007 | 6,604.11 | 4,837.80 | 1,766.31 | 0.00 | 809.20 | Claims Management, Inc. |
| 19 | Adj | 30705 | 12/05/2007 | 0.00 | -809.20 | 0.00 | 0.00 | 0.00 | Adjustment for Travel Time per N |
| 20 | Bill | 30849 | 12/11/2007 | 0.00 | 1,070.00 | 1,005.99 | 0.00 | 2,075.99 | From bill #30849 |
| 21 | Cash | 30849 | 01/03/2008 | 2,075.99 | 1,070.00 | 1,005.99 | 0.00 | 0.00 | Claims Management, Inc. |
| 22 | Bill | 31040 | 01/09/2008 | 0.00 | 1,862.00 | 830.92 | 0.00 | 2,692.92 | From bill #31040 |
| 23 | Cash | 31040 | 02/01/2008 | 2,692.92 | 1,862.00 | 830.92 | 0.00 | 0.00 | Claims Management, Inc. |
| 24 | Bill | 31124 | 02/06/2008 | 0.00 | 740.00 | 0.00 | 0.00 | 740.00 | From bill #31124 |
| 25 | Cash | 31124 | 02/14/2008 | 740.00 | 740.00 | 0.00 | 0.00 | 0.00 | Claims Management, Inc. |
| 26 | Bill | 31283 | 03/06/2008 | 0.00 | 7,065.00 | 115.05 | 0.00 | 7,180.05 | From bill #31283 |
| 27 | Cash | 31283 | 03/24/2008 | 7,180.05 | 7,065.00 | 115.05 | 0.00 | 0.00 | Claims Management, Inc. |
| 28 | Bill | 31479 | 04/22/2008 | 0.00 | 4,411.00 | 20.03 | 0.00 | 4,431.03 | From bill #31479 |
| 29 | Bill | 31587 | 05/07/2008 | 0.00 | 1,817.00 | 20.27 | 0.00 | 6,268.30 | From bill #31587 |
| 30 | Cash | 31479 | 05/12/2008 | 4,431.03 | 4,411.00 | 20.03 | 0.00 | 1,837.27 | Claims Management, Inc. |
| 31 | Cash | 31587 | 05/27/2008 | 1,837.27 | 1,817.00 | 20.27 | 0.00 | 0.00 | Claims Management, Inc. |
| 32 | Bill | 31946 | 07/09/2008 | 0.00 | 152.00 | 0.00 | 0.00 | 152.00 | From bill #31946 |
| 33 | Cash | 31946 | 07/14/2008 | 152.00 | 152.00 | 0.00 | 0.00 | 0.00 | Claims Management, Inc. |
| 34 | Bill | 32495 | 11/11/2008 | 0.00 | 1,422.00 | 54.46 | 0.00 | 1,476.46 | From bill #32495 |
| 35 | Cash | 32495 | 12/05/2008 | 1,476.46 | 1,422.00 | 54.46 | 0.00 | 0.00 | Claims Management, Inc. |
| 36 | Bill | 33031 | 02/28/2009 | 0.00 | 336.00 | 0.00 | 0.00 | 336.00 | From bill #33031 |
| 37 | Cash | 33031 | 03/12/2009 | 336.00 | 336.00 | 0.00 | 0.00 | 0.00 | Claims Management, Inc. |
| 38 | Bill | 33301 | 04/14/2009 | 0.00 | 1,356.00 | 8.28 | 0.00 | 1,364.28 | From bill #33301 |
| 39 | Cash | 33301 | 04/23/2009 | 1,364.28 | 1,356.00 | 8.28 | 0.00 | 0.00 | Claims Management, Inc. |
| 40 | Bill | 33383 | 04/27/2009 | 0.00 | 11,221.00 | 550.18 | 0.00 | 11,771.18 | From bill #33383 |
| 41 | Unpost | 33383 | 04/27/2009 | 0.00 | -11,221.00 | -550.18 | 0.00 | 0.00 | Unposted 04/27/2009- original pe |
| 42 | Bill | 33384 | 04/27/2009 | 0.00 | 11,221.00 | 550.18 | 0.00 | 11,771.18 | From bill #33384 |

# CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
## TAX ID#: 64-0303636

April 27, 2009

Wal-Mart Stores, Inc.
ELECTRONIC BILLING
ELECTRONIC BILLING
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Invoice# 33384    RBV
Our file#    030650    06451
Billing through 04/27/2009

Re:  Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

## PROFESSIONAL SERVICES

| 04/01/2009 | RBV | Receipt and review proposed jury instructions from Third Party Defendant | 0.50 hrs. |
|---|---|---|---|
| 04/01/2009 | RBV | Finalized proposed jury instructions from defendant with correspondence to Judge Mills per local rules | 0.50 hrs. |
| 04/01/2009 | RBV | Receipt and review Third Party Defendant's Objections to deposition testimony of Plaintiff | 0.20 hrs. |
| 04/01/2009 | RCS | Telephone call to Sunflower Chancery Clerk to obtain copy of decree granting letters of administration | 0.20 hrs. |
| 04/02/2009 | RBV | Receipt and review correspondence from court administrator re final attempts settle and reply to all counsel | 0.30 hrs. |
| 04/02/2009 | RBV | Correspondence to Ms Hamm re status update for upcoming trial | 0.20 hrs. |
| 04/02/2009 | RBV | Updated Ex "6" with new attorney fee information and expenses with correspondence filing to all parties | 0.40 hrs. |
| 04/02/2009 | RBV | Prepared Order of Proof for defense and third party claims | 1.80 hrs. |
| 04/02/2009 | RBV | Receipt and review jury list from federal court | 0.70 hrs. |

030650     Wal-Mart Stores, Inc.               Invoice#  33384      Page  2

| Date | | Description | Hours |
|---|---|---|---|
| 04/02/2009 | RCS | Updated attorney's fees exhibit for trial | 0.30 hrs. |
| 04/03/2009 | RBV | Outlined cross-examination of witness Cutshall | 2.10 hrs. |
| 04/03/2009 | RBV | Travel to Indianola for pretrial interviews with witnesses Fulton, Walker and Johnson | 0.70 hrs. |
| 04/03/2009 | RBV | Reviewed elements necessary to prove reasonableness of attorney fee award | 0.40 hrs. |
| 04/03/2009 | RBV | Conducted pretrial preparations and review with employee witnesses Walker, Fulton and Johnson | 3.40 hrs. |
| 04/03/2009 | RBV | Return travel to Greenville | 0.70 hrs. |
| 04/03/2009 | RBV | Receipt and review correspondence from Mr Smith with revised settlement update | 0.10 hrs. |
| 04/03/2009 | RBV | Receipt and review last minute designation deposition testimony from plaintiff's counsel | 0.20 hrs. |
| 04/05/2009 | RBV | Review depositions of Robert Schmidt and Ed Cutshall for cross-examination outlines | 2.60 hrs. |
| 04/05/2009 | RBV | Final trial preparations voir dire examinations and revisions to opening statements | 2.80 hrs. |
| 04/06/2009 | RBV | Travel to Oxford for trial | 2.80 hrs. |
| 04/06/2009 | RBV | Attended first day of trial | 7.20 hrs. |
| 04/06/2009 | RBV | Further witness preparations and review of cross-examination based on court rulings | 2.10 hrs. |
| 04/07/2009 | RBV | Attended second day of trial | 8.80 hrs. |
| 04/07/2009 | RBV | Finalized Closing Argument | 0.90 hrs. |
| 04/08/2009 | RBV | Attended third day of trial with verdict for defendant | 9.50 hrs. |
| 04/08/2009 | RBV | Return travel to Greenville with report to Mr Smith in route | 2.80 hrs. |

030650        Wal-Mart Stores, Inc.                        Invoice#   33384        Page   3

| 04/09/2009 | RBV | Correspondence to counsel for Payphone re subpoena and witness fees under rules | 0.20 hrs. |
| 04/09/2009 | RBV | Receipt and review correspondence from third party counsel with agreed order on briefing schedule for remaining claims | 0.20 hrs. |
| 04/09/2009 | RBV | Receipt and review signed order re post trial motions re attorney fees | 0.10 hrs. |
| 04/13/2009 | RBV | Instructions to RLF to draft post trial brief on attorney's fees reimbursement per Judge Mills request | 1.00 hrs. |
| 04/13/2009 | RLF | Reviewing file in prepartaion to draft post trial brief. | 2.20 hrs. |
| 04/14/2009 | RLF | Prepared draft of Post Trial Brief. | 2.70 hrs. |
| 04/14/2009 | RLF | Researching case law for factors used in determining the reasonableness of attorney's fees in preparation to draft post trial brief. | 1.60 hrs. |
| 04/13/2009 | RLF | Outlined trial brief concerning indemnification and other fees. | 1.80 hrs. |
| 04/14/2009 | RLF | Revising Post Trial Brief. | 1.70 hrs. |
| 04/14/2009 | RLF | Working on post trial brief with RBV and receiving suggestion to include additional legal support. | 0.30 hrs. |
| 04/14/2009 | RLF | Researching the legal defentition of "defend" for incorporation in to post trial brief. | 0.50 hrs. |
| 04/15/2009 | RBV | Working with RLF on post trial motion for attorney's fees to define legal term of "defense" under contract | 0.30 hrs. |
| 04/15/2009 | RBV | Receipt and review notices and minute entries from Judge Mills and clerk confirming jury and verdict | 0.20 hrs. |
| 04/16/2009 | RBV | Receipt and review notice from clerk with entries of witnesses, exhibits and trial docket | 0.20 hrs. |

030650        Wal-Mart Stores, Inc.                    Invoice# 33384      Page   4

| 04/16/2009 | RBV | Receipt and review additional clerk filings, verdict form and jury instructions | 0.20 hrs. |
| 04/16/2009 | RBV | Review federal court regulations and lodestar factors on award of attorney fees and analysis of reasonableness | 1.20 hrs. |
| 04/16/2009 | RLF | Final draft of post trial brief. | 1.90 hrs. |
| 04/17/2009 | RBV | Revised post trial brief for attorney's fees drafted by RLF | 1.30 hrs. |
| 04/20/2009 | RBV | Further instructions to RLF to supplement post-trial brief on jurisdictional issues of contract enforcement | 0.30 hrs. |
| 04/20/2009 | RLF | Researching Mississippi case law concerning court's jurisdiction re: contracts and incorporated into brief. | 1.60 hrs. |
| 04/21/2009 | RBV | Incorporated new case law and argument in post-trial brief re defense, indemnity and freedom of contract | 3.30 hrs. |
| 04/21/2009 | RBV | Updated affidavit for authentication of attorney's fees and expenses with new billing statement detail | 0.80 hrs. |
| 04/21/2009 | RBV | Review Judge Mills prior orders on attorney's fees claims to incorporate into post trial brief | 0.40 hrs. |
| 04/22/2009 | RBV | Updated brief in support of attorney's fees with appellate support of reasonableness of fees | 1.30 hrs. |
| 04/23/2009 | RBV | Revised post-trial brief in support of attorney's fees reimbursement | 2.90 hrs. |
| 04/27/2009 | RBV | Finalized post trial brief for reimbursement of attorney's fees | 2.20 hrs. |
| 04/27/2009 | RBV | Prepared Certificate of Service post trial brief and correspondence filing | 0.20 hrs. |
| 04/27/2009 | RBV | Compiled necessary attachments re attorneys' fees and expenses for new exhibit D-6 | 0.70 hrs. |

$11,221.00

EXPENSES

030650     Wal-Mart Stores, Inc.                    Invoice#   33384         Page   5

| 04/02/2009 | 243 Copies at $.08 a Copy | 19.44 |
| 04/03/2009 | 66 Miles to Indianola, MS at the IRS Rate of $.55 a Mile | 36.30 |
| 04/05/2009 | Long Distance Telephone Call 479-621-2840 | 6.44 |
| 04/05/2009 | 341 Miles to Oxford, MS at the IRS Rate of $.55 a Mile | 187.55 |
| 04/08/2009 | Long Distance Telephone Call 662-236-7987 | 1.84 |
| 04/09/2009 | Long Distance Telephone Call 601-713-9491 | 0.92 |
| 04/09/2009 | Reimbursement for Motel and Meal Expense in Oxford, MS During Trial - 4/6/09 - 4/8/09 | 294.25 |
| 04/17/2009 | 43 Copies at $.08 a Copy | 3.44 |
| | | $550.18 |

FEE SUMMARY

| | | | |
|---|---|---|---|
| Virden, Robert B. | 68.70 hrs. @ | 140.00 | 9,618.00 |
| Frieson, Renetha L. | 14.30 hrs. @ | 110.00 | 1,573.00 |
| Satterfield, Regina C. | 0.50 hrs. @ | 60.00 | 30.00 |
| | 83.50 | | $11,221.00 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $11,221.00 |
| Total expenses incurred | $550.18 |
| | ---------------- |
| Total of new charges for this invoice | $11,771.18 |
| | ---------------- |
| **Total balance now due** | **$11,771.18** |

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

April 14, 2009

Wal-Mart Stores, Inc.
ELECTRONIC BILLING
ELECTRONIC BILLING
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Invoice# 33301    RBV
Our file#   030650   06451
Billing through  03/31/2009

Re:  Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 02/04/2009 | RBV | Receipt and review correspondence from Ms Hamm re status of settlement and reply | 0.10 hrs. |
| 02/04/2009 | RBV | Receipt and review correspondence from Ms Hamm re procedures for estate to substitute as party and reply | 0.20 hrs. |
| 02/10/2009 | RBV | Receipt and review correspondence from Ms Hamm re potential dismissal in light of improper party and reply with analysis | 0.20 hrs. |
| 02/23/2009 | RCS | Review file materials and prepare draft of case management report | 0.80 hrs. |
| 02/25/2009 | RBV | Revised Case Management Report draft and update | 0.50 hrs. |
| 02/25/2009 | RCS | Revise case management report and e-mail to Nancy Hamm transmitting CMR | 0.30 hrs. |
| 03/03/2009 | RBV | Receipt and review plaintiff's motion to substitute estate as real party in interest and amend pretrial order | 0.30 hrs. |
| 03/05/2009 | RBV | Receipt and review "Suggestion of Death" filed by counsel for Public Payphone with phone call for questions | 0.20 hrs. |
| 03/05/2009 | RBV | Telephone conference with counsel for Public Payphone re | 0.20 hrs. |

030650    Wal-Mart Stores, Inc.                      Invoice#  33301      Page  2

| | | potential for settlement after death of plaintiff | |
|---|---|---|---|
| 03/05/2009 | RBV | Telephone call to plaintiff's counsel re new settlement negotiations but rejection | 0.20 hrs. |
| 03/23/2009 | RBV | Telephone conference with counsel for Public Payphone re lack of estate filing and potential motion to dismiss | 0.20 hrs. |
| 03/24/2009 | RBV | Review of response to plaintiff's motion to substitute and possible dismissal with RLF | 0.20 hrs. |
| 03/24/2009 | RBV | Receipt and review correspondence from counsel for Public Payphone re objections to substituted party | 0.20 hrs. |
| 03/24/2009 | RBV | Report from paralegal re nonfiling of estate and correspondence to counsel for Public Payphone re potential dismissal | 0.20 hrs. |
| 03/24/2009 | RLF | Drafting Objection to Plaintiff's Motion to Substitute Party and Motion to Dismiss. | 0.80 hrs. |
| 03/24/2009 | RCS | Telephone call to Sunflower Co. Chancery Clerk re estate of Willie Mae Moore | 0.20 hrs. |
| 03/25/2009 | RBV | Prepared Certificate of Service response in opposition to motion to substitute and correspondence to clerk | 0.20 hrs. |
| 03/25/2009 | RBV | Revised response to motion to substitute parties | 0.30 hrs. |
| 03/27/2009 | RBV | Receipt and review Plaintiffs' rebuttal in support of motion to substitute and surprise letters of administration for estate of plaintiff | 0.30 hrs. |
| 03/31/2009 | RBV | Receipt and review Trial Brief submitted by Public Payphone | 0.90 hrs. |
| 03/31/2009 | RBV | Telephone conference with Human Resource Manager re employee-witnesses for trial and pretrial preparations | 0.30 hrs. |
| 03/31/2009 | RBV | Receipt and review correspondence from court administrator with court's standard jury instructions and court room rules | 0.50 hrs. |

030650     Wal-Mart Stores, Inc.                          Invoice# 33301          Page   3

| | | | |
|---|---|---|---|
| 03/31/2009 | RBV | Review Plaintiff's deposition to insert objections in light of her death and proffer at upcoming trial | 1.80 hrs. |
| 03/31/2009 | RBV | Outlined direct examination of employee-witnesses Walker and Fulton | 1.50 hrs. |

$1,356.00

## EXPENSES

| | | |
|---|---|---|
| 03/05/2009 | Long Distance Telephone Call 662-236-1500 | 4.60 |
| 03/31/2009 | Long Distance Telephone Call 601-713-9491 | 1.38 |
| 03/31/2009 | Long Distance Telephone Call 601-969-5120 | 1.38 |
| 03/31/2009 | Long Distance Telephone Call 662-887-7997 | 0.92 |

$8.28

## FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| Virden, Robert B. | 8.50 | hrs. @ | 140.00 | 1,190.00 |
| Frieson, Renetha L. | 0.80 | hrs. @ | 110.00 | 88.00 |
| Satterfield, Regina C. | 1.30 | hrs. @ | 60.00 | 78.00 |
| | 10.60 | | | $1,356.00 |

## **Billing Summary**

| | |
|---|---|
| Total professional services | $1,356.00 |
| Total expenses incurred | $8.28 |
| | ---------------- |
| Total of new charges for this invoice | $1,364.28 |
| | ---------------- |
| **Total balance now due** | **$1,364.28** |

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

February 28, 2009

Wal-Mart Stores, Inc.
ELECTRONIC BILLING
ELECTRONIC BILLING
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Invoice# 33031    RBV
Our file#    030650    06451
Billing through 01/31/2009

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 11/21/2008 | RBV | Receipt and review correspondence from Ms Kanthak with report on case and new trial status | 0.30 hrs. |
| 01/12/2009 | RBV | Telephone conference with plaintiff's counsel re attempts to settle prior to pretrial preparations | 0.20 hrs. |
| 01/12/2009 | RBV | Correspondence to all counsel re efforts to settle third party claims prior to upcoming trial | 0.20 hrs. |
| 01/21/2009 | RBV | Receipt and review correspondence from counsel for Public Payphone re status of settlement offer | 0.10 hrs. |
| 01/22/2009 | RBV | Telephone conference with counsel for Public Payphone re final offer of settlement for third party claims | 0.20 hrs. |
| 01/22/2009 | RBV | Correspondence to Ms Hamm re status and current settlement authority | 0.20 hrs. |
| 01/22/2009 | RBV | Correspondence from counsel for Public Payphone with confirmation of settlement offer | 0.10 hrs. |
| 01/23/2009 | RBV | Receipt and review correspondence from Ms Hamm with new settlement authority | 0.20 hrs. |
| 01/23/2009 | RBV | Correspondence to plaintiff's counsel with conditional | 0.20 hrs. |

030650    Wal-Mart Stores, Inc.                    Invoice#   33031        Page   2

|  |  | settlement offer |  |
|---|---|---|---|
| 01/27/2009 | RBV | Receipt and review correspondence from plaintiff's counsel with counter-offer and reply | 0.20 hrs. |
| 01/27/2009 | RBV | Receipt and review correspondence from plaintiff's counsel rejecting settlement offer | 0.20 hrs. |
| 01/30/2009 | RBV | Discovery of Plaintiff's death and report to Mr Smith on status | 0.30 hrs. |

$336.00

FEE SUMMARY
    Virden, Robert B.                    2.40   hrs. @        140.00              336.00
                                        2.40                              $336.00

**Billing Summary**

Total professional services                    $336.00
                                        ----------------
Total of new charges for this invoice          $336.00
                                        ----------------
**Total balance now due**                      **$336.00**

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

November 11, 2008

Wal-Mart Stores, Inc.
ELECTRONIC BILLING
ELECTRONIC BILLING
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Invoice# 32495 RBV
Our file# 030650 06451
Billing through 10/31/2008

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

PROFESSIONAL SERVICES

| 10/07/2008 | RBV | Receipt and review order from Judge Mills denying request for reconsideration of motion for summary judgment | 0.40 hrs. |
| 10/15/2008 | RBV | Instructions to paralegal for jury list and information re status of trial setting | 0.20 hrs. |
| 10/15/2008 | RBV | Correspondence to Mr Richard re order denying motion for reconsideration | 0.20 hrs. |
| 10/15/2008 | RCS | Telephone call to clerk of court requesting jury list | 0.20 hrs. |
| 10/15/2008 | RCS | Telephone call to court administrator to determine setting for case for 10/27 | 0.20 hrs. |
| 10/16/2008 | RBV | Receipt and review jury list from clerk | 0.50 hrs. |
| 10/20/2008 | RBV | Review pretrial order, witness list and updated order of proof | 1.60 hrs. |
| 10/20/2008 | RBV | Correspondence to Manager Watson re anticipated associate-witness necessary for trial | 0.20 hrs. |
| 10/20/2008 | RBV | Telephone call to Shannon Moore re attendance at trial and location witnesses | 0.20 hrs. |

030650    Wal-Mart Stores, Inc.                          Invoice#  32495        Page  2

| 10/20/2008 | RBV | Telephone conference with plaintiff's counsel renewed settlement negotiations | 0.20 hrs. |
|---|---|---|---|
| 10/20/2008 | RBV | Prepared new Exhibit 6 with correspondence to counsel for Public Payphone for new amount of reimbursement | 0.30 hrs. |
| 10/20/2008 | RBV | Correspondence to Mr Richard re new settlement demand and evaluation | 0.20 hrs. |
| 10/21/2008 | RBV | Receipt and review correspondence from Mr Richard re new settlement authority | 0.10 hrs. |
| 10/21/2008 | RBV | Report to Mr Richard re settlement history for pretrial report | 0.30 hrs. |
| 10/21/2008 | RBV | Telephone conference with counsel for Third Party Defendant re settlement negotiations | 0.30 hrs. |
| 10/21/2008 | RBV | Receipt and review correspondence from plaintiff's counsel with final offer of settlement and telephone call to confirm his refusal to negotiate further | 0.30 hrs. |
| 10/21/2008 | RBV | Receipt and review correspondence from counsel for Third Party and telephone call to confirm a lower settlement offer | 0.20 hrs. |
| 10/21/2008 | RBV | Correspondence to Mr Richard confirming impasse on settlement and unreasonable demands of plaintiff | 0.20 hrs. |
| 10/22/2008 | RBV | Telephone call to Plaintiff's counsel re new settlement negotiations | 0.30 hrs. |
| 10/22/2008 | RBV | Telephone call to counsel for Third Party Defendant re final attempt to settle even case bumped | 0.30 hrs. |
| 10/22/2008 | RBV | Receipt and review correspondence from court clerk re new trial settings | 0.10 hrs. |
| 10/22/2008 | RBV | Receipt and review order from Judge Mills resetting trial | 0.20 hrs. |
| 10/22/2008 | RBV | Correspondence to Shannon Moore re canceled trial and new setting | 0.20 hrs. |
| 10/22/2008 | RBV | Correspondence to Mr Richard confirming trial | 0.20 hrs. |

030650    Wal-Mart Stores, Inc.            Invoice# 32495     Page 3

postponement and new setting

| 10/22/2008 | RBV | Correspondence to Manager Watson re notice of new trial and cancelation | 0.20 hrs. |
| 10/22/2008 | RBV | Prepared opening statement and voir dire examinations | 2.20 hrs. |
| 10/22/2008 | RBV | Conference call with Judge Mills and all counsel re conflict with criminal setting new trial dates and potential settlement | 0.30 hrs. |
| 10/22/2008 | RCS | Telephone call to court administrator re trial status | 0.20 hrs. |
| 10/27/2008 | RBV | Receipt and review service of subpoenas on associates by Third Party Defendant | 0.30 hrs. |
| 10/29/2008 | RBV | Correspondence to plaintiff's counsel and counsel for Public Payphone due to lack of reply for potential settlement despite continuance | 0.20 hrs. |

                                                                           $1,422.00

## EXPENSES

| 10/20/2008 | Long Distance Telephone Call 662-887-3320 | 5.52 |
| 10/21/2008 | 54 Copies at $.08 a Copy | 4.32 |
| 10/21/2008 | Long Distance Telephone Call 601-506-3112 | 8.28 |
| 10/21/2008 | Long Distance Telephone Call 601-506-3112 | 5.06 |
| 10/21/2008 | Long Distance Telephone Call 601-713-9491 | 9.20 |
| 10/21/2008 | Long Distance Telephone Call 601-969-5120 | 9.20 |
| 10/21/2008 | Long Distance Telephone Call 601-713-9491 | 1.38 |
| 10/21/2008 | Long Distance Telephone Call 601-965-5120 | 1.38 |
| 10/22/2008 | Long Distance Telephone Call 601-506-3112 | 9.20 |
| 10/22/2008 | Long Distance Telephone Call 662-887-7997 | 0.92 |

030650    Wal-Mart Stores, Inc.                    Invoice#   32495          Page   4

                                                                                    $54.46

FEE SUMMARY
    Virden, Robert B.                     9.90   hrs. @      140.00          1,386.00
    Satterfield, Regina C.                0.60   hrs. @       60.00             36.00
                                         10.50                              $1,422.00


**Billing Summary**

Total professional services                      $1,422.00

Total expenses incurred                           $54.46
                                                ----------------
Total of new charges for this invoice            $1,476.46
                                                ----------------

**Total balance now due**                        **$1,476.46**

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

July 9, 2008

Wal-Mart Stores, Inc.
ELECTRONIC BILLING
ELECTRONIC BILLING
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Invoice# 31946    RBV
Our file#    030650    06451
Billing through  06/30/2008

Re:  Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

PROFESSIONAL SERVICES

| Date | | Description | Hours |
|---|---|---|---|
| 05/21/2008 | RCS | Review file materials and prepare updated case management report | 1.00 hrs. |
| 05/23/2008 | RBV | Instructions to paralegal to reset trial with Judge Mills | 0.20 hrs. |
| 05/23/2008 | RCS | Telephone call to court administrator re new trial date | 0.20 hrs. |
| 06/10/2008 | RBV | Receipt and review order resetting trial for federal court | 0.20 hrs. |
| 06/10/2008 | RCS | Telephone call to court administrator re trial date | 0.20 hrs. |
| 06/10/2008 | RCS | Revise case management report and e-mail same to Clarence Richard and Catherine Kanthak | 0.20 hrs. |

$152.00

FEE SUMMARY

| Name | Hours | | Rate | Amount |
|---|---|---|---|---|
| Virden, Robert B. | 0.40 | hrs. @ | 140.00 | 56.00 |
| Satterfield, Regina C. | 1.60 | hrs. @ | 60.00 | 96.00 |
| | 2.00 | | | $152.00 |

**Billing Summary**

030650    Wal-Mart Stores, Inc.                    Invoice#   31946        Page   2

Total professional services                              $152.00

                                                    ----------------

Total of new charges for this invoice                    $152.00

                                                    ----------------

**Total balance now due**                                **$152.00**

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

May 7, 2008

Wal-Mart Stores, Inc.                              Invoice# 31587    RBV
ELECTRONIC BILLING                                 Our file#  030650   06451
ELECTRONIC BILLING                                 Billing through  04/30/2008
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 04/01/2008 | RBV | Revised motion for reconsideration for denial of motion for summary judgment | 1.30 hrs. |
| 04/01/2008 | RBV | Prepared revised verdict form to include Public Payphone and separate allocation of fault with correspondence to Judge Mills | 0.90 hrs. |
| 04/01/2008 | RBV | Instructions to CSH on research needed for motion to reconsider | 0.30 hrs. |
| 04/01/2008 | RBV | Report to Mr Richard re denial of motion for summary judgment, related motions and trial status | 0.30 hrs. |
| 04/01/2008 | RBV | Prepared motion to reconsider denial of motion for summary judgment | 1.70 hrs. |
| 04/01/2008 | RBV | Report from paralegal re witness interviews and contact with court deputy on potential to be postponed for other trials | 0.20 hrs. |
| 04/01/2008 | CSH | Instructions from RBV re. filing of motion to reconsider denial of summary judgment motion. | 0.20 hrs. |
| 04/01/2008 | CSH | Researching federal law re. legal standard for granting motion to reconsider denial of summary judgment; also researching obligation of court vs. obligation of jury to | 2.70 hrs. |

030650    Wal-Mart Stores, Inc.                    Invoice#  31587        Page  2

interpret unambiguous contractual provisions and report to
RBV.

| 04/01/2008 | RCS | Telephone call to deputy courtroom clerk re trial - left message | 0.10 hrs. |
| 04/01/2008 | RCS | Telephone call to Steve Evilsizor re prep for trial | 0.20 hrs. |
| 04/02/2008 | RBV | Extended telephone conference with counsel for Public Payphone re trial preparations and renewed settlement negotiations | 0.40 hrs. |
| 04/02/2008 | RBV | Receipt and review correspondence from counsel for Third party with notice to deputy of lack of settlement | 0.20 hrs. |
| 04/02/2008 | RBV | Outlined voir dire examination | 0.60 hrs. |
| 04/02/2008 | RCS | Telephone call to courtroom clerk re trial | 0.20 hrs. |
| 04/02/2008 | RCS | Telephone call to Pearlie Simpson at Store 347 to confirm RBV meeting with associates to prep for trial | 0.20 hrs. |
| 04/03/2008 | RBV | Prepared order of proof, necessary witnesses and exhibits | 0.80 hrs. |
| 04/03/2008 | RBV | Prepared direct examination of employee-witness prior to meeting | 2.20 hrs. |
| 04/03/2008 | RBV | Telephone conference with Court Deputy with notice of continuance due to prior setting | 0.20 hrs. |
| 04/03/2008 | RBV | Correspondence to Mr Richard with notice of continuance and status | 0.20 hrs. |
| 04/03/2008 | RBV | Telephone calls to Mr Evilsizor and employee-witnesses re continuance | 0.30 hrs. |
| 04/03/2008 | RBV | Receipt and review several served witness subpoenas on employee-witnesses by Third Party Defendant | 0.30 hrs. |
| 04/04/2008 | RBV | Receipt and review Third Party Defendants' response to motion to reconsider | 0.50 hrs. |

$1,817.00

030650     Wal-Mart Stores, Inc.                    Invoice#   31587        Page   3

## EXPENSES

| | | |
|---|---|---:|
| 04/02/2008 | 197 Copies at $.08 a Copy | 15.76 |
| 04/03/2008 | Long Distance Telephone Call 662-562-6202 | 1.87 |
| 04/03/2008 | Long Distance Telephone Call 662-562-6202 | 1.10 |
| 04/03/2008 | Long Distance Telephone Call 662-887-3320 | 1.54 |
| | | $20.27 |

## FEE SUMMARY

| | | | | |
|---|---:|---|---:|---:|
| Virden, Robert B. | 10.40 | hrs. @ | 140.00 | 1,456.00 |
| Hewins, Charles S. | 2.90 | hrs. @ | 110.00 | 319.00 |
| Satterfield, Regina C. | 0.70 | hrs. @ | 60.00 | 42.00 |
| | 14.00 | | | $1,817.00 |

## Billing Summary

| | |
|---|---:|
| Total professional services | $1,817.00 |
| Total expenses incurred | $20.27 |
| | ---------------- |
| Total of new charges for this invoice | $1,837.27 |
| Plus net balance forward | $4,431.03 |
| | ---------------- |
| **Total balance now due** | **$6,268.30** |

# CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

April 22, 2008

| | |
|---|---|
| Wal-Mart Stores, Inc. | Invoice# 31479    RBV |
| ELECTRONIC BILLING | Our file#    030650    06451 |
| ELECTRONIC BILLING | Billing through  03/31/2008 |
| ELECTRONIC BILLING | |
| Data Cert | |
| ELECTRONIC BILLING | |

Re:  Willie Mae Moore v. Wal-Mart

CLAIM NUMBER:  4951178

## PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/05/2008 | RBV | Preparations for pretrial conference and potential motions in limine | 0.80 hrs. |
| 03/05/2008 | RBV | Telephone conference with court administrator to postpone pretrial conference and lack of submission by other parties | 0.30 hrs. |
| 03/05/2008 | RBV | Receipt and review order from Magistrate Bogen with revised pretrial order requirements | 0.20 hrs. |
| 03/05/2008 | RBV | Receipt and review response of third party defendant to motion for summary judgment with instructions to CSH for rebuttal | 1.80 hrs. |
| 03/05/2008 | MSF | Prepared and duplicated trial exhibits. | 0.70 hrs. |
| 03/06/2008 | CSH | Reviewing Public Pay Phone's response to Wal-Mart's summary judgment motion, including review of legal authorities cited therein. | 1.70 hrs. |
| 03/07/2008 | RBV | Working with CSH on rebuttal brief in support of motion for summary judgment | 0.40 hrs. |
| 03/07/2008 | CSH | Draft reply for summary judgment motion. | 3.80 hrs. |
| 03/10/2008 | RBV | Receipt and review correspondence and draft pretrial order | 0.40 hrs. |

030650     Wal-Mart Stores, Inc.          Invoice#  31479     Page  2

from Third Party Defendants

| 03/10/2008 | RBV | Prepared revisions to draft pretrial order submission from Third party defendant with correspondence to all counsel | 0.70 hrs. |
|---|---|---|---|
| 03/10/2008 | CSH | Continue drafting rebuttal in support of motion for summary judgment. | 2.30 hrs. |
| 03/10/2008 | CSH | Conduct legal research specific to issue of Public Pay Phone's reliance on affirmative defenses related to contractual claim of specific performance. | 2.50 hrs. |
| 03/11/2008 | RBV | Revised rebuttal in support of motion for summary judgment drafted by CSH | 1.60 hrs. |
| 03/11/2008 | CSH | Completing brief rebuttal in support of motion for summary judgment. | 1.80 hrs. |
| 03/12/2008 | RBV | Final review and edit to rebuttal in support of motion for summary judgment | 0.80 hrs. |
| 03/12/2008 | RBV | Prepared Certificate of Service for rebuttal and correspondence to clerk filing | 0.20 hrs. |
| 03/13/2008 | RBV | Receipt and review correspondence and proposed exhibits from Third Party Defendant with instructions to paralegal to index for trial | 0.70 hrs. |
| 03/13/2008 | RBV | Receipt and review plaintiff's version of pretrial order with proposed exhibits | 0.90 hrs. |
| 03/13/2008 | RBV | Revised draft pretrial order with correspondence to all counsel with new objections and revisions | 0.80 hrs. |
| 03/13/2008 | RBV | Telephone conference with counsel for Third Party Defendant re revisions to pretrial order draft | 0.30 hrs. |
| 03/13/2008 | MSF | Indexed pre-trial orders from plaintiff and third-party defendant with seperate exhibits for trial. | 1.20 hrs. |
| 03/14/2008 | RBV | Correspondence from plaintiff's counsel with additional revisions to pretrial and reply | 0.20 hrs. |

030650      Wal-Mart Stores, Inc.                          Invoice#   31479          Page   3

| 03/14/2008 | RBV | Receipt and review final version of pretrial order and notice all parties that several items were not revised | 0.60 hrs. |
| 03/14/2008 | RBV | Receipt and review correspondence to Magistrate Bogen re joint submission of pretrial order | 0.20 hrs. |
| 03/14/2008 | RBV | Final review and approval of joint pretrial order with correspondence to all counsel to confirm agreement | 0.80 hrs. |
| 03/24/2008 | RBV | Receipt and review entry from Judge Mills for pretrial order confirmation | 0.20 hrs. |
| 03/24/2008 | RBV | Receipt and review order denying motion to transfer venue | 0.20 hrs. |
| 03/28/2008 | RBV | Telephone conference with counsel for Third Party re issue of insurance disclosure to jury, jury instructions and status of trial preparations | 0.30 hrs. |
| 03/28/2008 | RBV | Receipt and review correspondence from courtroom deputy clerk re jury instructions and courtroom guidelines of Judge Mills | 0.90 hrs. |
| 03/28/2008 | RBV | Prepared draft jury instructions | 2.30 hrs. |
| 03/28/2008 | MSF | Telephone call to Clerk to forward a jury list. | 0.20 hrs. |
| 03/31/2008 | RBV | Revised jury instructions with addition of instructions for third party claims | 1.40 hrs. |
| 03/31/2008 | RBV | Prepared separate verdict forms for all claims and third party claims | 0.40 hrs. |
| 03/31/2008 | RBV | Revised jury instructions and verdict forms with correspondence to Judge Mills for filing | 0.60 hrs. |
| 03/31/2008 | RBV | Receipt and review proposed jury instructions from plaintiff and Third Party Defendant and prepared objections | 0.80 hrs. |
| 03/31/2008 | RBV | Finalized Defendant's jury instructions | 0.70 hrs. |
| 03/31/2008 | RBV | Receipt and review jury list from clerk | 0.90 hrs. |

030650    Wal-Mart Stores, Inc.                Invoice#  31479       Page  4

| 03/31/2008 | RBV | Receipt and review correspondence from counsel for Third Parties with form of verdict | 0.20 hrs. |
|---|---|---|---|
| 03/31/2008 | RBV | Receipt and review order denying motion for summary judgment, motion dismiss, motion for declaratory judgment and related motions | 0.50 hrs. |
| | | | $4,411.00 |

## EXPENSES

| 03/04/2008 | 62 Copies at $.08  a Copy | 4.96 |
|---|---|---|
| 03/13/2008 | 22 Copies at $.08  a Copy | 1.76 |
| 03/14/2008 | 78 Copies at $.08  a Copy | 6.24 |
| 03/28/2008 | Long Distance Telephone Call 601-506-3112 | 1.87 |
| 03/31/2008 | 65 Copies at $.08  a Copy | 5.20 |
| | | $20.03 |

## FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| Virden, Robert B. | 21.10 | hrs. @ | 140.00 | 2,954.00 |
| Hewins, Charles S. | 12.10 | hrs. @ | 110.00 | 1,331.00 |
| Flowers, Melanie S. | 2.10 | hrs. @ | 60.00 | 126.00 |
| | 35.30 | | | $4,411.00 |

## **Billing Summary**

| | |
|---|---|
| Total professional services | $4,411.00 |
| Total expenses incurred | $20.03 |
| | ---------------- |
| Total of new charges for this invoice | $4,431.03 |
| | ---------------- |
| **Total balance now due** | **$4,431.03** |

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

March 6, 2008

Wal-Mart Stores, Inc.                              Invoice# 31283    RBV
ELECTRONIC BILLING                              Our file#    030650    06451
ELECTRONIC BILLING                         Billing through  02/29/2008
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 02/07/2008 | RBV | Telephone conference with counsel for Public Payphone re status settlement from counsel inquiry | 0.20 hrs. |
| 02/11/2008 | RBV | Instructions to CSH for motion for summary judgment and response to random motions filed by Public Payphone and recent background | 0.80 hrs. |
| 02/11/2008 | CSH | Receiving instructions from BFH re. filing motion for summary judgment re. indemnity, and responding to like motions from defendant Public Payphone Company. | 0.60 hrs. |
| 02/12/2008 | CSH | Reviewing Third Party Defendants' Amended Motion for Delaratory Judgment and accompanying memorandum of authorities. | 1.00 hrs. |
| 02/12/2008 | CSH | Reviewing Third Party Defendants' Amended Motion to Dismiss and accompanying memorandum of authorities. | 1.40 hrs. |
| 02/17/2008 | CSH | Completing review of Robert Schmidt deposition, for use in drafting motion for summary judgment and responding to third party defendant Public Pay Phone's motions. | 1.30 hrs. |
| 02/17/2008 | CSH | Reviewing deposition of witness Walker, Moore & Spellfor use in drafting motion for summary judgment and responding to third party defendant Public Pay Phone's motions. | 1.70 hrs. |

030650    Wal-Mart Stores, Inc.                    Invoice# 31283        Page 2

| 02/18/2008 | RBV | Report from CSH on motion for summary judgment and response to random motions filed by Third Party Defendant | 0.30 hrs. |
|---|---|---|---|
| 02/18/2008 | RBV | Researched procedure mechanism of declaratory judgment under federal Act and violation of deadlines by Third Party Defendant | 1.80 hrs. |
| 02/18/2008 | RBV | Prepared outline of response to Motion for Declaratory Judgment filed by Third Party | 1.60 hrs. |
| 02/18/2008 | CSH | Reviewing deposition of witness W.E. Cutshall in preparation for drafting motion for summary judgment. | 1.60 hrs. |
| 02/18/2008 | CSH | Prepared memorandum of authorities in support of motion for summary judgment, detailed discussion of facts, introduction and statement of the law. | 5.90 hrs. |
| 02/18/2008 | CSH | Researching California law to determine applicable law re. contractual claims for indemnity. | 1.60 hrs. |
| 02/18/2008 | MSF | Prepare exhibits to Motion for Summary Judgment for RBV. | 1.10 hrs. |
| 02/19/2008 | RBV | Prepared response in opposition to motion for declaratory judgment filed by Third Party Defendant | 1.80 hrs. |
| 02/19/2008 | RBV | Prepared draft memorandum of authorities in opposition to motion for declaratory judgment | 2.40 hrs. |
| 02/19/2008 | RBV | Prepared affidavit of RBV for attorney's fees and written demand in support of summary judgment motion | 0.40 hrs. |
| 02/19/2008 | RBV | Revised draft motion for summary judgment prepared by CSH | 1.30 hrs. |
| 02/19/2008 | RBV | Revised defendant's response to Motion for Declaratory Judgment | 0.60 hrs. |
| 02/19/2008 | CSH | Drafting motion for summary judgment. | 0.50 hrs. |
| 02/19/2008 | CSH | Completing first draft of memorandum of authorities supporting motion for summary judgment. | 2.80 hrs. |

030650    Wal-Mart Stores, Inc.                          Invoice#   31283        Page   3

| | | | |
|---|---|---|---|
| 02/19/2008 | CSH | Proofreading memorandum of authorities prior to submission to RBV. | 0.80 hrs. |
| 02/19/2008 | CSH | Proofreading motion for summary judgment and accompanying memorandum of authorities prior to submission to RBV for review. | 1.20 hrs. |
| 02/19/2008 | CSH | Drafting response to motion to dismiss filed by Public Payphone Company. | 2.20 hrs. |
| 02/19/2008 | MSF | Receive instructions from CSH and RBV concerning attachment of attorneys' fees in motion. | 0.10 hrs. |
| 02/19/2008 | MSF | Prepare statement of attorneys' fees and expenses to submit as attachment to motion. | 0.80 hrs. |
| 02/20/2008 | RBV | Review and approval of exhibits necessary for motion for summary judgment | 0.80 hrs. |
| 02/20/2008 | RBV | Revised memorandum of authorities for response to motion for declaratory judgment | 0.80 hrs. |
| 02/20/2008 | RBV | Prepared separate filing and certificate of service for response to motion for declaratory judgment | 0.20 hrs. |
| 02/20/2008 | RBV | Revised memorandum of authorities in support of summary judgment and total amount of damages incurred by client | 2.70 hrs. |
| 02/20/2008 | RBV | Finalized motion for summary judgment, memorandum and separate certificate of service and filing | 0.40 hrs. |
| 02/20/2008 | RBV | Revised Response to Motion to Dismiss and Memorandum in Opposition drafted by CSH | 0.90 hrs. |
| 02/20/2008 | RBV | Final edit to Motion for Summary Judgment and Memorandum in Support | 0.40 hrs. |
| 02/20/2008 | RBV | Prepared certificate of service for motion and correspondence filing for summary judgment | 0.20 hrs. |
| 02/20/2008 | CSH | Complete memorandum of authorities in opposition to | 3.70 hrs. |

030650    Wal-Mart Stores, Inc.              Invoice#  31283    Page  4

| | | | |
|---|---|---|---|
| | | Public Payphone's motion to dismiss; then draft response to same. | |
| 02/20/2008 | MSF | Continue preparing exhibits to Motion for Summary Judgment and scanning exhibits in order to file electronically. | 0.90 hrs. |
| 02/20/2008 | MSF | Finalized preparing attorney fees and expense statement for attachment to motion. | 0.40 hrs. |
| 02/20/2008 | MSF | Assist RBV with Response in Opposition to Third Party Defendant's Amended Motion to Dismiss and Memorandum of Authorities in Opposition to Third Party Defendant's Amended Motion to Dismiss. | 1.50 hrs. |
| 02/22/2008 | RBV | Receipt and review correspondence from counsel for Third Party defendant with new reply and lack of information | 0.30 hrs. |
| 02/22/2008 | RBV | Receipt and review correspondence from plaintiff's counsel re possible settlement and reply with offer previously made | 0.20 hrs. |
| 02/22/2008 | RBV | Receipt and review unusual correspondence from counsel for Third Party re alleged new settlement offer and reply | 0.40 hrs. |
| 02/26/2008 | RBV | Prepared draft pretrial order with proposed exhibits and witnesses for defendant | 2.20 hrs. |
| 02/27/2008 | RBV | Planned order of proof and necessary witnesses with correspondence to local manager to confirm setting for potential witnesses | 0.70 hrs. |
| 02/27/2008 | RBV | Incorporated additional exhibits into draft pretrial order with instructions to paralegal to premark and file under local rules | 1.10 hrs. |
| 02/27/2008 | RBV | Revised pretrial order draft and proposed exhibits | 1.30 hrs. |
| 02/27/2008 | RBV | Correspondence to all counsel re draft pretrial order and exhibits | 0.30 hrs. |
| 02/27/2008 | RBV | Review and approval of premarked exhibits compiled by paralegal | 0.60 hrs. |

030650    Wal-Mart Stores, Inc.                          Invoice#   31283         Page   5

| 02/27/2008 | RBV | Receipt and review Reply memorandum from Third Party Defendants on motions to dismiss and for declaratory judgment | 0.70 hrs. |
| 02/27/2008 | MSF | Begin preparing exhibits for trial according to pre-trial order. | 1.80 hrs. |
| 02/27/2008 | RCS | Review file materials and prepare draft of case management report | 1.70 hrs. |
| 02/28/2008 | RBV | Finalized initial draft of pretrial order | 0.50 hrs. |
| 02/28/2008 | MSF | Continue preparing exhibits for trial. | 0.40 hrs. |
| 02/28/2008 | RCS | Revise case management report; email same to C. Richard and C. Kanthak | 0.40 hrs. |

$7,065.00

EXPENSES

| 02/18/2008 | 360 Copies at $.08  a Copy | 28.80 |
| 02/18/2008 | 10 Copies at $.80  a Copy | 0.80 |
| 02/18/2008 | 194 Copies at $.08  a Copy | 15.52 |
| 02/19/2008 | 50 Copies at $.08  a Copy | 4.00 |
| 02/20/2008 | 32 Copies at $.08  a Copy | 2.56 |
| 02/22/2008 | Long Distance Telephone Call 601-713-9491 | 0.33 |
| 02/27/2008 | 268 Copies at $.08  a Copy | 21.44 |
| 02/27/2008 | 110 Copies at $.08  a Copy | 8.80 |
| 02/27/2008 | 22 Copies at $.08  a Copy | 1.76 |
| 02/28/2008 | 160 Copies at $.08 a Copy | 12.80 |
| 02/28/2008 | 228 Copies at $.08  a Copy | 18.24 |

$115.05

030650     Wal-Mart Stores, Inc.                    Invoice#   31283          Page   6

## FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| Virden, Robert B. | 25.90 | hrs. @ | 140.00 | 3,626.00 |
| Hewins, Charles S. | 26.30 | hrs. @ | 110.00 | 2,893.00 |
| Satterfield, Regina C. | 2.10 | hrs. @ | 60.00 | 126.00 |
| Flowers, Melanie  S. | 7.00 | hrs. @ | 60.00 | 420.00 |
| | 61.30 | | | $7,065.00 |

## Billing Summary

| | |
|---|---|
| Total professional services | $7,065.00 |
| Total expenses incurred | $115.05 |
| | ---------------- |
| Total of new charges for this invoice | $7,180.05 |
| | ---------------- |
| **Total balance now due** | **$7,180.05** |

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

February 6, 2008

Wal-Mart Stores, Inc.                         Invoice# 31124   RBV
ELECTRONIC BILLING                 Our file#   030650  06451
ELECTRONIC BILLING         Billing through 01/31/2008
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Re:  Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

## PROFESSIONAL SERVICES

| Date | | Description | Hours |
|------|------|-------------|-------|
| 01/04/2008 | RBV | Receipt and review notice of settlement conference from Magistrate Bogen | 0.20 hrs. |
| 01/04/2008 | RBV | Correspondence to Mr Richard re settlement conference with Magistrate | 0.20 hrs. |
| 01/04/2008 | RBV | Telephone conference with APM Moore for attendance at settlement conference | 0.20 hrs. |
| 01/04/2008 | RCS | E-mail to Shannon Moore re settlement conference | 0.10 hrs. |
| 01/04/2008 | RCS | E-mail from Mr. Moore re settlement conference | 0.10 hrs. |
| 01/09/2008 | RBV | Receipt and review correspondence from plaintiff's counsel re settlement conference presentation | 0.20 hrs. |
| 01/11/2008 | RBV | Receipt and review conditional Offer of Judgment from Third Party Defendant | 0.20 hrs. |
| 01/15/2008 | RBV | Preparations for settlement conference with Magistrate Bogen | 0.40 hrs. |
| 01/15/2008 | RBV | To Federal Courthouse and conducted Settlement Conference with Magistrate Bogen, Mr Brown and counsel for all parties | 3.20 hrs. |

030650    Wal-Mart Stores, Inc.                        Invoice#  31124      Page  2

| 01/15/2008 | RBV | Correspondence to Mr Richard re impasse of Settlement Conference | 0.20 hrs. |
| 01/15/2008 | RBV | Receipt and review entry from federal court re Settlement Conference | 0.10 hrs. |
| 01/22/2008 | RBV | Telephone conference with plaintiff's counsel re new settlement offer, motions status and pretrial | 0.30 hrs. |

$740.00

FEE SUMMARY

| Virden, Robert B. | 5.20 | hrs. @ | 140.00 | 728.00 |
| Satterfield, Regina C. | 0.20 | hrs. @ | 60.00 | 12.00 |
|  | 5.40 |  |  | $740.00 |

## Billing Summary

Total professional services                    $740.00

                                               ----------------

Total of new charges for this invoice          $740.00

                                               ----------------

**Total balance now due**                      **$740.00**

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

January 9, 2008

| | |
|---|---|
| Wal-Mart Stores, Inc. | Invoice# 31040    RBV |
| ELECTRONIC BILLING | Our file#    030650   06451 |
| ELECTRONIC BILLING | Billing through  12/31/2007 |
| ELECTRONIC BILLING | |
| Data Cert | |
| ELECTRONIC BILLING | |

Re:  Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

PROFESSIONAL SERVICES

| Date | | Description | Hours |
|---|---|---|---|
| 12/11/2007 | RBV | Correspondence to Mr Richard re settlement recommendation and mediation | 0.40 hrs. |
| 12/11/2007 | RBV | Receipt and review correspondence from Mr Richard with settlement authority | 0.10 hrs. |
| 12/13/2007 | RBV | Preparations for mediation | 1.40 hrs. |
| 12/13/2007 | RBV | Telephone conference with Mr Moore re mediation attendance for Wal Mart and status | 0.30 hrs. |
| 12/14/2007 | RBV | Pre-mediation meeting and review with Mr Moore | 1.20 hrs. |
| 12/14/2007 | RBV | Conducted mediation with plaintiff, her counsel, defense counsel and relatives of plaintiff | 7.50 hrs. |
| 12/17/2007 | RBV | Report to Mr Richard re impasse for settlement, progress of mediation and revised settlement strategy | 0.50 hrs. |
| 12/17/2007 | RBV | Receipt and review correspondence from Mr Richard re revised settlement authority | 0.10 hrs. |
| 12/18/2007 | RBV | Correspondence to counsel for Third Party Defendant re deadline for settlement offers | 0.20 hrs. |

030650   Wal-Mart Stores, Inc.                     Invoice# 31040        Page   2

| 12/19/2007 | RBV | Telephone conference with counsel for Public Payphone request to alter settlement offers and deadlines | 0.20 hrs. |
| 12/20/2007 | RBV | Prepared Certificate of Service for supplemental motion to extend deadlines and correspondence to clerk filing | 0.20 hrs. |
| 12/20/2007 | RBV | Receipt and review correspondence from counsel for Third party with written agreement for settlement conference | 0.10 hrs. |
| 12/20/2007 | RBV | Telephone conference with counsel for Third Party Defendant re new agreement for settlement conference with Magistrate Judge | 0.20 hrs. |
| 12/20/2007 | RBV | Prepared second motion extend deadlines in light of settlement conference with Magistrate | 0.40 hrs. |
| 12/26/2007 | RBV | Receipt and review correspondence from mediator with reply to confirm split fee payment | 0.10 hrs. |
| 12/27/2007 | RBV | Receipt and review correspondence from clerk for Judge Mills with request for draft order and preparation of same to extend deadlines | 0.30 hrs. |
| 12/27/2007 | RBV | Receipt and review Order approving extension from Judge Mills | 0.10 hrs. |

$1,862.00

EXPENSES

| 12/14/2007 | Buck's Restaurant - Lunch During Mediation | 54.06 |
| 12/18/2007 | Long Distance Telephone Call 601-713-9491 | 0.33 |
| 12/20/2007 | Long Distance Telephone Call 601-969-5120 | 0.33 |
| 12/27/2007 | 15 Copies at $.08 a Copy | 1.20 |
| 12/27/2007 | Whittington, Brock & Swayze, P.A. - 1/3 Mediation | 775.00 |

$830.92

FEE SUMMARY

| Virden, Robert B. | 13.30 hrs. @ | 140.00 | 1,862.00 |

030650    Wal-Mart Stores, Inc.                     Invoice#  31040        Page  3

                          13.30                                    $1,862.00


**Billing Summary**

Total professional services                          $1,862.00

Total expenses incurred                                $830.92

                                                  ----------------

Total of new charges for this invoice               $2,692.92

                                                  ----------------

**Total balance now due**                           **$2,692.92**

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

December 11, 2007

Wal-Mart Stores, Inc.
ELECTRONIC BILLING
ELECTRONIC BILLING
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Invoice# 30849    RBV
Our file#    030650    06451
Billing through  11/30/2007

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 11/05/2007 | RBV | Receipt and review Third Party Defendant's Motion to Dismiss and Motion for Declaratory Judgment with Memorandum in support of each | 1.80 hrs. |
| 11/05/2007 | RBV | Telephone conference with counsel for Third Party re agreement postpone response to Motions Dismiss or Declaratory Judgment, mediation and potential early settlement of 3rd PArty claims | 0.30 hrs. |
| 11/05/2007 | RBV | Prepared correspondence to counsel for 3rd Party re postponed responses and settlement offer with supporting documents | 0.40 hrs. |
| 11/05/2007 | RBV | Receipt and review Order approving extension of deadline to file pretrial and disposition motions | 0.20 hrs. |
| 11/06/2007 | RBV | Compiled documentation of total defense costs and expenses for mediation and initial offer to Third Party | 0.50 hrs. |
| 11/06/2007 | RBV | Correspondence to Mr Richard for approval of initial settlement offer prior to mediation | 0.20 hrs. |
| 11/06/2007 | RBV | Receipt and review confirmation and Rules of Mediation from mediator | 0.20 hrs. |
| 11/06/2007 | RBV | Correspondence to mediator with executed rules and | 0.40 hrs. |

background information on Third Party claims

| | | | |
|---|---|---|---|
| 11/19/2007 | MSF | Receive and return email from Shannon Moore concerning mediation date and time. | 0.20 hrs. |
| 11/21/2007 | RBV | Prepared updated case management report, budget and revised settlement recommendation in light of upcoming mediation | 1.80 hrs. |
| 11/21/2007 | RBV | Review of updated expenses and fees with revised settlement demand to Third Party Defendant | 0.40 hrs. |
| 11/26/2007 | RBV | Report from paralegal on new setting for mediation due to attendance of insurance representative and new counsel involvement | 0.20 hrs. |
| 11/26/2007 | RBV | Correspondence to all counsel re new counsel involvement for conflict with Canal insurance | 0.20 hrs. |
| 11/26/2007 | RBV | Receipt and review correspondence from counsel opposite re conflict with mediation and reply for potential new setting and personal attendance of insurance representative | 0.30 hrs. |
| 11/26/2007 | RCS | Telephone call to Mediator Swayze re new date for mediation | 0.20 hrs. |
| 11/26/2007 | RCS | Telephone call to attorney Carmody re change in mediation date | 0.20 hrs. |
| 11/26/2007 | RCS | Telephone call from attorney Carmody confirming change in date for mediation | 0.10 hrs. |
| 11/26/2007 | RCS | Telephone call from attorney Lee confirmation of change of date for mediation | 0.10 hrs. |
| 11/26/2007 | RCS | E-mail to attorney Lee re time for mediation | 0.10 hrs. |
| 11/27/2007 | RBV | Receipt and review correspondence re new "Moeller" counsel for Defendant Schmidt | 0.10 hrs. |
| 11/27/2007 | RCS | Preparation of e-mail to Clarence Richard and Catherine Kanthak re mediation | 0.10 hrs. |

030650      Wal-Mart Stores, Inc.                    Invoice#   30849        Page   3

| | | | |
|---|---|---|---|
| 11/27/2007 | RCS | Preparation of correspondence to Charlie Swayze confirming change of mediation date | 0.20 hrs. |
| 11/27/2007 | RCS | Correspondence from Catherine Kanthak confirming change in mediation date | 0.10 hrs. |
| 11/30/2007 | RCS | Telephone calls to confirm mediation attendance of Shannon Moor | 0.20 hrs. |
| | | | $1,070.00 |

## EXPENSES

| | | |
|---|---|---|
| 11/05/2007 | 128 Copies at $.08 a Copy | 10.24 |
| 11/05/2007 | 42 Copies at $.08 a Copy | 3.36 |
| 11/05/2007 | Long Distance Telephone Call 6626-236-1500 | 2.09 |
| 11/07/2007 | Esquire Deposition Services, LLC - Fee for Deposition of Robert Schmidt | 990.30 |
| | | $1,005.99 |

## FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| Virden, Robert B. | 7.00 | hrs. @ | 140.00 | 980.00 |
| Satterfield, Regina C. | 1.30 | hrs. @ | 60.00 | 78.00 |
| Flowers, Melanie S. | 0.20 | hrs. @ | 60.00 | 12.00 |
| | 8.50 | | | $1,070.00 |

## Billing Summary

| | |
|---|---|
| Total professional services | $1,070.00 |
| Total expenses incurred | $1,005.99 |
| | ---------------- |
| Total of new charges for this invoice | $2,075.99 |
| | ---------------- |
| **Total balance now due** | **$2,075.99** |

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

November 8, 2007

| | |
|---|---|
| Wal-Mart Stores, Inc. | Invoice# 30705    RBV |
| ELECTRONIC BILLING | Our file#   030650    06451 |
| ELECTRONIC BILLING | Billing through  10/31/2007 |
| ELECTRONIC BILLING | |
| Data Cert | |
| ELECTRONIC BILLING | |

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 09/29/2007 | RBV | Compiled exhibits necessary for 30-b-6 deposition of Public Payphone and additional preparations | 1.40 hrs. |
| 10/01/2007 | RBV | Travel to New Orleans for 30-b-6 deposition of Public Payphone and Mr Schmidt (pro-rata per Guidelines) | 3.80 hrs. |
| 10/02/2007 | RBV | Additional preparations for depositions of Public Payphone and Mr Schmidt | 2.30 hrs. |
| 10/02/2007 | RBV | To deposition setting and conducted deposition of Mr Schmidt and Public Payphone | 4.50 hrs. |
| 10/02/2007 | RBV | Return travel to Greenville (pro-rata) | 3.80 hrs. |
| 10/03/2007 | RBV | Report to Mr Richard re deposition of Public Payphone Co and Mr Schmidt with status update on dispositive motions | 1.20 hrs. |
| 10/04/2007 | RBV | Receipt and review correspondence from counsel for Public Payphone re additional documents to produce and response | 0.30 hrs. |
| 10/05/2007 | RBV | Return travel to Greenville | 2.80 hrs. |
| 10/05/2007 | RBV | Preparations for deposition of Ed Cutsall and compiled deposition exhibits | 1.70 hrs. |

| 10/05/2007 | RBV | Travel to Oxford for deposition of Mr Cutshall | 2.80 hrs. |
| 10/05/2007 | RBV | Conducted deposition of Ed Cutshall | 3.50 hrs. |
| 10/15/2007 | RBV | Receipt and review correspondence from counsel for plaintiff with questions of potential mediation and report to Mr Richard | 0.30 hrs. |
| 10/16/2007 | RCS | E-mail to Sheila McKinney re deposition transcripts of Plaintiff and Tracy Cherry | 0.10 hrs. |
| 10/17/2007 | RBV | Review of summary judgment motion with LDW and instructions for draft motion against Third Party | 0.80 hrs. |
| 10/17/2007 | RBV | Receipt and review correspondence from Mr Richard with agreement to mediate | 0.10 hrs. |
| 10/17/2007 | RBV | Correspondence to all counsel re mediation agreement, preliminary issues and conditions | 0.30 hrs. |
| 10/17/2007 | DW | Research relevant authorities on issues for summary judgment, contractual and common law indemnity. Contemporaneous review of vendor agreement and other file materials. | 4.60 hrs. |
| 10/18/2007 | RBV | Receipt and review correspondence from all counsel with agreement on mediation and extension of deadlines | 0.30 hrs. |
| 10/18/2007 | RBV | Instructions to paralegal on mediation and mediator | 0.20 hrs. |
| 10/18/2007 | DW | Research recent authorities on common law and contractual indemnity. | 2.10 hrs. |
| 10/18/2007 | MSF | Telephone contact with Charlie Swayze to obtain open dates for mediation. | 0.10 hrs. |
| 10/18/2007 | MSF | Correspondence to opposite counsel regarding available dates for mediation. | 0.20 hrs. |
| 10/19/2007 | DW | Research issues related to interpretation of indemnity provisions in provider agreement of public payphones. | 2.00 hrs. |

| | | | |
|---|---|---|---|
| 10/22/2007 | RBV | Instructions to paralegal re firm setting for mediation in light of motion to extend deadlines | 0.30 hrs. |
| 10/22/2007 | RBV | Prepared motion to extend deadline for filing motions due to mediation | 0.80 hrs. |
| 10/22/2007 | RBV | Prepared Certificate of Service for Motion to extend deadlines and correspondence filing | 0.20 hrs. |
| 10/22/2007 | MSF | Telephone calls to Mr. Lee and Mr. Carmody to set mediation date. | 0.30 hrs. |
| 10/22/2007 | MSF | Receive instructions from RBV regarding mediation setting with responsible parties. | 0.20 hrs. |
| 10/22/2007 | MSF | Receive instructions from RBV regarding filing deadline extension for Motion for Summary Judgment. | 0.20 hrs. |
| 10/22/2007 | MSF | Receive calls from Mr. Carmody and Mr. Lee concerning mediation dates. | 0.40 hrs. |
| 10/23/2007 | MSF | Telephone call to Judge Mill's Clerk to determine if Judge Mills will grant motion to extend deadline. | 0.10 hrs. |
| 10/23/2007 | MSF | Subsequent telephone conversation with Sally Wilkerson, Judge Mills' Clerk, regarding deadline extension for motion for summary judgment. Telephone call to opposite counsel regarding any objections to deadline extension. | 0.30 hrs. |
| 10/24/2007 | MSF | Telephone calls to Steve Haynes, Wal-Mart manager and Shannon Moore, Area Asset Protection Manager, concerning availability for mediation. | 0.10 hrs. |
| 10/24/2007 | MSF | Receive telephone call from Shannon Moore to discuss mediation dates and basis of the case. | 0.20 hrs. |
| 10/24/2007 | MSF | Reseach and gather requested pleadings and discovery to send to Shannon Moore prior to mediation. | 0.30 hrs. |
| 10/26/2007 | RBV | Receipt and review correspondence from law clerk re draft order re motion to extend motions deadline | 0.20 hrs. |

| Date | Init | Description | Hours |
|---|---|---|---|
| 10/26/2007 | RBV | Prepared draft order to approve motion to extend deadlines and correspondence clerk and law clerk for approval/entry | 0.30 hrs. |
| 10/26/2007 | RBV | Instructions to paralegal re unilateral setting of mediation due to lack of reply from plaintiff | 0.20 hrs. |
| 10/26/2007 | RBV | Receipt and review entry of appearance for another counsel for Third Party Defendant | 0.20 hrs. |
| 10/26/2007 | MSF | Telephone call to Sally Wilkerson to obtain decision on Motion to Extend Deadline. | 0.10 hrs. |
| 10/26/2007 | MSF | Telephone call to Charlie Swayze, Jr. to set mediation in this case for December 12. | 0.10 hrs. |
| 10/29/2007 | MSF | Telephone call to Charlie Swayze, Jr. to confirm mediation date and provide opposite counsel information. | 0.10 hrs. |

$5,647.00

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 10/01/2007 | 610 Miles to New Orleans, LA at $.485 a Mile | 295.85 |
| 10/03/2007 | Reimbursement Motel Expense in New Orleans, LA | 176.73 |
| 10/03/2007 | Reimbursement of Meal Expenses re Trip to New Orleans, LA | 55.04 |
| 10/05/2007 | 22 Copies at $.08 a Copy | 1.76 |
| 10/05/2007 | 308 Miles Oxford, MS to at $.485 a Mile | 149.38 |
| 10/15/2007 | Reimbursement of Meal Expense in Grenada, MS | 6.89 |
| 10/22/2007 | Karen C. Reid, Ct. Rpt. - Fee for Deposition of W. E. Cutshall | 648.00 |
| 10/24/2007 | McKinney Court Reporting - Fee for Depositions of Willie Mae Moore and Tracy Cherry Nance | 432.55 |
| 10/26/2007 | Long Distance Telephone Call 662-281-5041 | 0.11 |

$1,766.31

FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| Virden, Robert B. | 32.30 | hrs. @ | 140.00 | 4,522.00 |
| Wade Jr., L. Douglas | 8.70 | hrs. @ | 110.00 | 957.00 |
| Satterfield, Regina C. | 0.10 | hrs. @ | 60.00 | 6.00 |
| Flowers, Melanie S. | 2.70 | hrs. @ | 60.00 | 162.00 |
| | 43.80 | | | $5,647.00 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $5,647.00 |
| Total expenses incurred | $1,766.31 |
| | ---------------- |
| Total of new charges for this invoice | $7,413.31 |
| | ---------------- |
| **Total balance now due** | **$7,413.31** |

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

October 15, 2007

Wal-Mart Stores, Inc.
ELECTRONIC BILLING
ELECTRONIC BILLING
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Invoice# 30515    RBV
Our file#  030650   06451
Billing through  09/30/2007

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 09/05/2007 | RCS | Telephone calls to Tracy Cherry re preparation for her deposition | 0.20 hrs. |
| 09/05/2007 | RCS | Correspondence from attorney Carmody re Metairie depositions | 0.10 hrs. |
| 09/06/2007 | RBV | Telephone conference with witness Tracy Cherry re deposition preparations and review | 0.50 hrs. |
| 09/06/2007 | RBV | Preparations for deposition of Plaintiff | 1.40 hrs. |
| 09/07/2007 | RBV | To office of plaintiff's counsel and conducted deposition of plaintiff and witness Cherry | 3.70 hrs. |
| 09/07/2007 | RCS | Retrieve photographs from CD produced by Plaintiff | 0.30 hrs. |
| 09/10/2007 | RBV | Receipt and review interrogatory responses from Third Party Defendant Public Payphone for plaintiff and client | 1.50 hrs. |
| 09/10/2007 | RBV | Receipt and review additional document production and photographs from plaintiff's counsel | 0.70 hrs. |
| 09/10/2007 | RBV | Telephone conference with New Orleans counsel re deposition of Public Payphone for indemnity claim | 0.20 hrs. |

030650    Wal-Mart Stores, Inc.                    Invoice# 30515        Page 2

| 09/10/2007 | RCS | Revise 30(b)(6) notice of deposition and notice of deposition for Schmidt | 0.20 hrs. |
|---|---|---|---|
| 09/10/2007 | RCS | Electronically file 30(b)(6) Notice of Deposition for PPC | 0.20 hrs. |
| 09/10/2007 | RCS | Electronically file Notice of Deposition of Robert Schmidt | 0.20 hrs. |
| 09/11/2007 | RBV | Receipt and review correspondence from plaintiff's counsel re remaining discovery, potential mediation and reply | 0.20 hrs. |
| 09/11/2007 | RBV | Review of Public Payphone's document production from requests of client and plaintiff | 1.70 hrs. |
| 09/11/2007 | RBV | Extended telephone conference with Wal Mart's agent for Telephone Contract, Tiffany with Intera Systems | 0.60 hrs. |
| 09/11/2007 | RBV | Prepared Memorandum to File re telephone conference and information from Intera Communications | 0.20 hrs. |
| 09/17/2007 | RBV | Receipt and review correspondence from Mr Richard with reply on status, potential for unilateral settlement and Third Party claims | 0.30 hrs. |
| 09/28/2007 | RBV | Preparations for 30-b-6 deposition of Public Payphone Co | 1.70 hrs. |

$1,850.00

## EXPENSES

| 09/11/2007 | Joyce M. Redmond, Ct. Rptr. - Fee for Copies of Depositions of W. Fulton, F. Johnson, S. Walker and M. Spell | 276.00 |
|---|---|---|
| 09/24/2007 | Edwards Reporting, Inc. - Deposition of Steve Evilsizor | 142.30 |
| 09/30/2007 | 44 Copies at $.08 a Copy | 3.52 |

$421.82

## FEE SUMMARY

| | | | |
|---|---|---|---|
| Virden, Robert B. | 12.70 hrs. @ | 140.00 | 1,778.00 |
| Satterfield, Regina C. | 1.20 hrs. @ | 60.00 | 72.00 |
| | 13.90 | | $1,850.00 |

030650     Wal-Mart Stores, Inc.                    Invoice#  30515         Page   3

## <u>Billing Summary</u>

Total professional services                    $1,850.00

Total expenses incurred                        $421.82

                                               ----------------

Total of new charges for this invoice          $2,271.82

                                               ----------------

**Total balance now due**                          **$2,271.82**

# CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
### TAX ID#: 64-0303636

September 7, 2007

Wal-Mart Stores, Inc.
ELECTRONIC BILLING
ELECTRONIC BILLING
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Invoice# 30339  RBV
Our file#  030650  06451
Billing through  08/31/2007

Re:  Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 08/01/2007 | RCS | Correspondence to attorney Carmody re schedule for depositions of Store 347 employees and Steve Evilsizor | 0.20 hrs. |
| 08/06/2007 | RBV | Review of depositions and preparation meetings with paralegal and instructions to set and notice other depositions of 3rd party defendants | 0.30 hrs. |
| 08/06/2007 | RCS | Telephone calls to attorney Carmody re depositions of Wal-Mart employees | 0.20 hrs. |
| 08/06/2007 | RCS | Telephone call to attorney Crosthwait's office re location for depositions of Wal-Mart employees | 0.10 hrs. |
| 08/06/2007 | RCS | Telephone call to Steve Evilsizor re deposition | 0.20 hrs. |
| 08/06/2007 | RCS | Telephone call Pearlie Simpson at Store 347 re depositions for store employees | 0.20 hrs. |
| 08/06/2007 | RCS | Preparation of correspondence to Maleah at attorney Crosthwait 's office re depositions | 0.20 hrs. |
| 08/06/2007 | RCS | Preparation of correspondence to Geanelle Adams re depositions | 0.20 hrs. |
| 08/06/2007 | RCS | Preparation of correspondence via facsimile to Pearlie | 0.30 hrs. |

030650    Wal-Mart Stores, Inc.                    Invoice# 30339    Page 2

|            |     |                                                                                                                              |           |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-----------|
|            |     | Simpson re schedule for 8/20 depositions and arrangements for 8/17 meetings with RBV and store associates to prepare for depos |           |
| 08/06/2007 | RCS | Preparation of correspondence to Steve Evilsizor re deposition for 8/21 and preparation meeting with RBV | 0.20 hrs. |
| 08/06/2007 | RCS | Telephone call to attorney for Plaintiff re Cutshall deposition | 0.10 hrs. |
| 08/07/2007 | RCS | Telephone calls to attorney for Plaintiff re depositions of Cutshall and Schmidt | 0.20 hrs. |
| 08/07/2007 | RCS | Complete draft of Defendant's responses to Third Party Defendant's interrogatories and requests for production of documents | 0.70 hrs. |
| 08/07/2007 | RCS | Compile documents to be produced in response to Third Party Defendant's requests for production of documents | 1.50 hrs. |
| 08/07/2007 | RCS | Preparation of notice of service of discovery | 0.20 hrs. |
| 08/07/2007 | RCS | Telephone call to Steve Evilsizor re deposition | 0.20 hrs. |
| 08/07/2007 | RCS | Telephone call from attorney for Plaintiff re Custshall and Schmidt deposition. | 0.20 hrs. |
| 08/13/2007 | RBV | Telephone conference with plaintiff's counsel re deposition of Public Payphone employees | 0.20 hrs. |
| 08/14/2007 | RBV | Receipt and review notices for depositions of 5 employee-witnesses from Third Party counsel | 0.30 hrs. |
| 08/14/2007 | RBV | Receipt and review correspondence from counsel for Third Party Defendant re deposition subpoenas for witnesses and reply | 0.20 hrs. |
| 08/14/2007 | RBV | Approval and execution of deposition notice for Ed Cutsall | 0.20 hrs. |
| 08/14/2007 | RBV | Working with paralegal on deposition of employees of Public Payphone and draft 30-b-6 deposition | 0.40 hrs. |
| 08/14/2007 | RBV | Receipt and review correspondence from counsel for | 0.10 hrs. |

030650    Wal-Mart Stores, Inc.                    Invoice#   30339      Page   3

Public Payphone re deposition of Mr Schmidt

| 08/14/2007 | RCS | Voice mail from attorney Carmody | 0.10 hrs. |
|---|---|---|---|
| 08/14/2007 | RCS | Working with RBV re discovery responses and depos of Cutshall and Schmidt | 0.20 hrs. |
| 08/14/2007 | RCS | Return telephone call to attorney Carmody re depos of Cutshall and Schmidt | 0.20 hrs. |
| 08/14/2007 | RCS | Preparation of notice to take deposition upon oral examination of W. E. Cutshall | 0.30 hrs. |
| 08/14/2007 | RCS | Correspondence to Karen Reid re Cutshall deposition | 0.10 hrs. |
| 08/14/2007 | RCS | Draft correspondence to counsel re available dates for depo of Schmidt | 0.20 hrs. |
| 08/14/2007 | RCS | Telephone call from attorney Carmody re extension of time on discovery | 0.10 hrs. |
| 08/15/2007 | RCS | Revise correspondence to attorneys Carmody and Lee and transmit same via facsimile | 0.20 hrs. |
| 08/15/2007 | RCS | Review of pleadings and preparation of draft of 30(b)(6) deposition notice to Public Payphone Company | 1.30 hrs. |
| 08/16/2007 | RBV | Revised draft interrogatory responses propounded by Public Payphone | 1.30 hrs. |
| 08/16/2007 | RBV | Revised responses to Third Party Defendant's request for production and review/approval of documents necessary for production | 1.60 hrs. |
| 08/16/2007 | RBV | Receipt and review correspondence from counsel for plaintiff and Third Party Defendant re deposition of witness Schmidt | 0.20 hrs. |
| 08/16/2007 | RBV | Revised draft 30-b-6 notice to Third Party Defendant | 0.40 hrs. |
| 08/16/2007 | RBV | Correspondence to counsel for Third Party Defendant re draft 30-b-6 notice and designee | 0.10 hrs. |

030650     Wal-Mart Stores, Inc.                    Invoice#   30339       Page   4

| 08/17/2007 | RBV | Return travel to Greenville from Indianola meeting | 0.70 hrs. |
| 08/17/2007 | RBV | Receipt and review discovery responses of Third PArty Defendant to interrogatories and request for production propounded by plaintiff | 1.30 hrs. |
| 08/17/2007 | RBV | Telephone conference with Mr Evilsisor re recollection of incident, contact with Public Payphone Co and other preparations for deposition | 0.50 hrs. |
| 08/17/2007 | RBV | Review of file materials for preparations of depositions of employee-witnesses | 0.80 hrs. |
| 08/17/2007 | RBV | Travel to Indianola for pre-deposition meetings with associates | 0.70 hrs. |
| 08/17/2007 | RBV | Conducted pre-depositions preparations and review with Manager Fulton, and associates Walker, Spell and Johnson | 3.80 hrs. |
| 08/18/2007 | RBV | Preperations for depositions of employee-witness | 1.60 hrs. |
| 08/20/2007 | RBV | Travel to Indianola for depositions of employee-witnesses | 0.70 hrs. |
| 08/20/2007 | RBV | Attended depositions of Ms Fulton, Mr Johnson, Ms Walker and Mr. Spell | 6.70 hrs. |
| 08/20/2007 | RBV | Return travel to Greenville with call to Mr Evlisor re his deposition in morning | 0.70 hrs. |
| 08/20/2007 | RCS | Revise 30(b)(6) deposition notice for Public Payphone | 0.20 hrs. |
| 08/20/2007 | RCS | E-mail to attorney Carmody re deposition for Schmidt | 0.10 hrs. |
| 08/21/2007 | RBV | Travel to Senatobia for deposition of Manager Steve Evilsisor (pro-rata per Guidelines) | 2.20 hrs. |
| 08/21/2007 | RBV | Conducted pre-deposition review and attended deposition of Mr Evilsisor | 1.80 hrs. |
| 08/21/2007 | RBV | Return travel to Greenville (pro-rata per Guidelines) | 2.20 hrs. |

030650   Wal-Mart Stores, Inc.                  Invoice#  30339     Page  5

| Date | Init | Description | Hours |
|---|---|---|---|
| 08/22/2007 | RCS | Preparation of notice of deposition for Robert Schmidt, individually | 0.30 hrs. |
| 08/23/2007 | RBV | Receipt and review plaintiff's responses to discovery propounded by Public Payphone Company | 1.70 hrs. |
| 08/31/2007 | RBV | Receipt and review re-notice of deposition of witness Cherry | 0.20 hrs. |
| 08/31/2007 | RBV | Correspondence to Ms Cherry with new deposition notice, setting and preparations | 0.20 hrs. |

$4,846.00

EXPENSES

| Date | Description | Amount |
|---|---|---|
| 08/17/2007 | Long Distance Telephone Call 662-562-6202 | 2.20 |
| 08/17/2007 | 50 Miles to Indianola, MS at $.485 a Mile | 24.25 |
| 08/20/2007 | 50 Miles to Indianola, MS at $.485 a Mile | 24.25 |
| 08/20/2007 | 287 Miles to Senatobia, MS at $.485 a Mile | 139.20 |
| 08/21/2007 | Reimbursement of Meal Expense in Indianola, MS on 8/17/07 | 6.52 |
| 08/21/2007 | Reimbursement of Meal Expense in Indianola, MS on 8/20/07 | 24.76 |
| 08/21/2007 | Reimbursement of Meal Expense in Senatobia, MS on 8/21/07 | 10.78 |

$231.96

FEE SUMMARY

| | | | |
|---|---|---|---|
| Virden, Robert B. | 31.10 hrs. @ | 140.00 | 4,354.00 |
| Satterfield, Regina C. | 8.20 hrs. @ | 60.00 | 492.00 |
| | 39.30 | | $4,846.00 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $4,846.00 |
| Total expenses incurred | $231.96 |

----------------

030650    Wal-Mart Stores, Inc.                    Invoice#   30339        Page   6

Total of new charges for this invoice                          $5,077.96

                                                    -----------------

**Total balance now due**                                     **$5,077.96**

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

August 7, 2007

Wal-Mart Stores, Inc.                                      Invoice# 30181    RBV
ELECTRONIC BILLING                           Our file#   030650   06451
ELECTRONIC BILLING                  Billing through  07/31/2007
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

PROFESSIONAL SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/03/2007 | RBV | Receipt and review response of opposition to motion to transfer venue from 3rd party defendant | 0.30 hrs. |
| 07/09/2007 | RCS | Review file materials and prepare draft of case management report | 1.60 hrs. |
| 07/09/2007 | RCS | Telephone call to attorney for Plaintiff re deposition date | 0.20 hrs. |
| 07/10/2007 | RBV | Receipt and review plaintiff's rebuttal brief in support of motion to transfer | 0.40 hrs. |
| 07/12/2007 | RBV | Receipt and review discovery requests of plaintiff to 3rd party defendant | 0.30 hrs. |
| 07/12/2007 | RBV | Receipt and review correspondence from plaintiff's counsel re depositions of all parties and 30-b-6 of Wal Mart | 0.20 hrs. |
| 07/12/2007 | RBV | Prepared notice of deposition for plaintiff | 0.20 hrs. |
| 07/12/2007 | RBV | Prepared Certificate of Service for deposition notice and correspondence filing | 0.20 hrs. |
| 07/12/2007 | RBV | Correspondence to plaintiff's counsel with issues of employee and 30-b-6 deposition of Wal Mart | 0.20 hrs. |

030650    Wal-Mart Stores, Inc.                    Invoice# 30181    Page 2

| 07/13/2007 | RBV | Revised quarterly case management report to Mr Richard | 0.50 hrs. |
|---|---|---|---|
| 07/16/2007 | RBV | Receipt and review of core document disclosures from 3rd party defendant | 1.30 hrs. |
| 07/16/2007 | RBV | Receipt and review corporate disclosure statement of 3rd party defendant | 0.10 hrs. |
| 07/16/2007 | RBV | Receipt and review correspondence from counsel for Public Payphone re deposition of parties and employees | 0.20 hrs. |
| 07/16/2007 | RBV | Correspondence to all counsel re depositions of Wal Mart employees | 0.20 hrs. |
| 07/16/2007 | RBV | Correspondence to counsel for 3rd party defendant re notice of demand for defense and contact with their insurance carrier | 0.20 hrs. |
| 07/16/2007 | RCS | Finalized Case Management Report and e-mail same to Clarence Richard and Catherine Kanthak | 0.40 hrs. |
| 07/17/2007 | RBV | Instructions to paralegal for responses to discovery | 0.20 hrs. |
| 07/17/2007 | RBV | Revised correspondence to counsel for 3rd party to confirm written notice of claim for defense/indemnity sent to their insurance carrier | 0.30 hrs. |
| 07/17/2007 | RBV | Revised discovery propounded to third party defendants | 0.70 hrs. |
| 07/17/2007 | RBV | Prepared Certificate of Service for discovery and correspondence to clerk filing | 0.20 hrs. |
| 07/17/2007 | RBV | Receipt and review interrogatories and request for production sent by 3rd party defendant to plaintiff and separate set to Wal Mart | 0.60 hrs. |
| 07/18/2007 | RCS | Preparation of correspondence to Geanelle Adams re depo of Plaintiff | 0.20 hrs. |
| 07/20/2007 | RBV | Receipt and review correspondence from counsel for Public Payphone with reservations of rights letter for defense/indemnity claims of Wal Mart | 0.30 hrs. |

030650    Wal-Mart Stores, Inc.        Invoice# 30181    Page 3

| | | | |
|---|---|---|---|
| 07/20/2007 | RBV | Correspondence to counsel for Public Payphone for production of previous discovery and documents requests | 0.30 hrs. |
| 07/20/2007 | RBV | Instructions to paralegal re depositions of employee-witnesses and settings | 0.20 hrs. |
| 07/23/2007 | RCS | Telephone call to attorney for Plaintiff re Tracy Nance identity | 0.10 hrs. |
| 07/23/2007 | RCS | Telephone call to Pearlie Simpson at Store 347 re depositions of Walker, Fulton, Johnson, Spell and Nance | 0.20 hrs. |
| 07/23/2007 | RCS | Working on arrangements for employee depositions | 0.30 hrs. |
| 07/23/2007 | RCS | Telephone call to Steve Evilsizor re availability for deposition | 0.20 hrs. |
| 07/24/2007 | RCS | Telephone call to Steve Evilsizor re deposition | 0.20 hrs. |
| 07/24/2007 | RCS | Telephone call to counsel for Plaintiff re deposition of WMT employees | 0.30 hrs. |
| 07/24/2007 | RCS | Review of file materials and begin preparing draft of Defendant's responses to Third Party Defendant's interrogatories and requests for production of documents | 2.50 hrs. |
| 07/31/2007 | RCS | Voice mail from Plaintiff's counsel re: deposition | 0.10 hrs. |
| 07/31/2007 | RCS | Telephone call to attorney for Plaintiff re depos of Wal-Mart employees | 0.20 hrs. |
| 07/31/2007 | RCS | Telephone call to attorney Carmody re depositions of Wal-Mart employees | 0.20 hrs. |

                                                                                 $1,396.00

## EXPENSES

| | | |
|---|---|---|
| 07/16/2007 | 33 Copies at $.08 a Copy | 2.64 |
| 07/20/2007 | 71 Copies at $.08 a Copy | 5.68 |

                                                                                 $8.32

030650  Wal-Mart Stores, Inc.                 Invoice#  30181      Page  4

FEE SUMMARY

| | | | |
|---|---|---|---|
| Virden, Robert B. | 7.10 hrs. @ | 140.00 | 994.00 |
| Satterfield, Regina C. | 6.70 hrs. @ | 60.00 | 402.00 |
| | 13.80 | | $1,396.00 |

**Billing Summary**

| | |
|---|---|
| Total professional services | $1,396.00 |
| Total expenses incurred | $8.32 |
| | ---------------- |
| Total of new charges for this invoice | $1,404.32 |
| | ---------------- |
| **Total balance now due** | **$1,404.32** |

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

July 10, 2007

Wal-Mart Stores, Inc.
ELECTRONIC BILLING
ELECTRONIC BILLING
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Invoice# 30025 RBV
Our file# 030650 06451
Billing through 06/30/2007

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178


PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 06/11/2007 | RBV | Receipt and review certified notice of service upon Third Party Defendant | 0.20 hrs. |
| 06/12/2007 | RBV | Telephone conference with counsel for 3rd Party Defendant, background claim, alleged damages and issues for discovery | 0.40 hrs. |
| 06/15/2007 | RBV | Telephone conference with clerk re issuance of summons electronically and need to re-stamp with agreement other counsel | 0.20 hrs. |
| 06/19/2007 | RBV | Telephone conference with counsel for Third PArty Defendant re answer and summons issue from clerk | 0.20 hrs. |
| 06/19/2007 | RBV | Correspondence to clerk re issuance of summons and no objection from third party defendants | 0.20 hrs. |
| 06/21/2007 | RBV | Receipt and review correspondence from 3rd Party counsel re delay in answer | 0.10 hrs. |
| 06/21/2007 | RBV | Receipt and review Motion for Extension to Answer and Agreed Order submitted to Judge Bogen by 3rd Party defendants | 0.30 hrs. |
| 06/25/2007 | RBV | Receipt and review motion to transfer venue from plaintiff | 0.60 hrs. |

030650    Wal-Mart Stores, Inc.                    Invoice#  30025      Page  2

| 06/25/2007 | RBV | Receipt and review medical records from | 0.50 hrs. |
| 06/25/2007 | RCS | Update medical records index of Plaintiff | 0.30 hrs. |
| 06/26/2007 | RBV | Prepared draft response to Plaintiff's motion to transfer venue | 2.40 hrs. |
| 06/26/2007 | RBV | Prepared interrogatories and request for production to 3rd party defendant | 0.80 hrs. |
| 06/26/2007 | RBV | Correspondence to all counsel re deposition of plaintiff | 0.20 hrs. |
| 06/26/2007 | RBV | Revised response in opposition to motion to transfer | 0.50 hrs. |
| 06/26/2007 | RBV | Prepared Certificate of Service for response to motion and correspondence to clerk filing | 0.20 hrs. |
| 06/28/2007 | RBV | Revised discovery propounded to 3rd party defendant | 0.70 hrs. |
| | | | $1,068.00 |

EXPENSES

| 06/15/2007 | Greenwood Leflore Hospital - Medical Records | 55.00 |
| 06/26/2007 | Long Distance Telephone Call 601-713-2049 | 0.22 |
| | | $55.22 |

FEE SUMMARY

| Virden, Robert B. | 7.50 hrs. @ | 140.00 | 1,050.00 |
| Satterfield, Regina C. | 0.30 hrs. @ | 60.00 | 18.00 |
| | 7.80 | | $1,068.00 |

**Billing Summary**

| Total professional services | $1,068.00 |
| Total expenses incurred | $55.22 |
| | ---------------- |
| Total of new charges for this invoice | $1,123.22 |
| Plus net balance forward | $1,887.07 |

030650     Wal-Mart Stores, Inc.                                  Invoice#   30025       Page   3

----------------

**Total balance now due**                                      **$3,010.29**

CAMPBELL DeLONG, LLP
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

June 19, 2007

Wal-Mart Stores, Inc.                                    Invoice# 29929    RBV
ELECTRONIC BILLING                                       Our file#   030650   06451
ELECTRONIC BILLING                                   Billing through  05/31/2007
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 04/30/2007 | RBV | Report from paralegal re status of request for Vendor Agreement and further instructions LDWjr for motion for 3rd party complaint | 0.30 hrs. |
| 05/02/2007 | DW | Draft motion for leave to file third party complaint, and begin drafting third party complaint to be attached to motion. | 1.60 hrs. |
| 05/03/2007 | DW | Draft proposed Third Party Complaint. | 3.20 hrs. |
| 05/11/2007 | DW | Complete drafting of Motion for leave to file Third Party Complaint against Public Payphone Company and proposed Third Party Complaint. | 1.40 hrs. |
| 05/14/2007 | RBV | Finalized motion for leave to file third party complaint and third party complaint itself | 0.80 hrs. |
| 05/14/2007 | RBV | Prepared certificate of service and correspondence filing motion for leave to file third party complaint via federal electronic docket | 0.20 hrs. |
| 05/14/2007 | RBV | Prepared summons and service for third party defendants | 0.40 hrs. |
| 05/14/2007 | RBV | Revised Motion for Leave to file Third Party Complaint | 1.40 hrs. |

030650    Wal-Mart Stores, Inc.                  Invoice#  29929      Page  2

| 05/14/2007 | RBV | Revsied Third Party Complaint drafted by LDWjr and incorporated additional parties | 1.80 hrs. |
| 05/15/2007 | RBV | Receipt and review correspondence from Dr Lucas with notice of no records for claimant | 0.10 hrs. |
| 05/15/2007 | RBV | Receipt and review disability claim records from Social Security Administration | 1.20 hrs. |
| 05/22/2007 | RBV | Receipt and review medical records from Bolivar Medical Center | 0.40 hrs. |
| 05/23/2007 | RCS | Update medical records notebook of Plaintiff | 0.20 hrs. |
| 05/24/2007 | RBV | Receipt and review order granting motion for leave to file third party complaint | 0.20 hrs. |
| 05/25/2007 | RBV | Prepared summons to Third party Defendants in separate jurisdiction and arrangements for personal service in Jefferson Parish, LA with correspondence to confirm | 0.50 hrs. |
| 05/25/2007 | RBV | Correspondence to clerk filing Third Party Complaint | 0.10 hrs. |
| | | | $1,730.00 |

## EXPENSES

| 05/15/2007 | Social Security Administration - Copies of Records | 43.55 |
| 05/25/2007 | 19 Copies at $.08 a Copy | 1.52 |
| 05/25/2007 | Jefferson Parish Sheriff's Department - Service of Process Fees | 90.00 |
| 05/25/2007 | Hunter Medical Systems, Inc. - Medical Records from Bolivar Medical Center | 22.00 |
| | | $157.07 |

## FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| Virden, Robert B. | 7.40 | hrs. @ | 140.00 | 1,036.00 |
| Wade Jr., L. Douglas | 6.20 | hrs. @ | 110.00 | 682.00 |
| Satterfield, Regina C. | 0.20 | hrs. @ | 60.00 | 12.00 |
| | 13.80 | | | $1,730.00 |

030650　　　Wal-Mart Stores, Inc.　　　　　　　　Invoice#　29929　　　Page　3

## Billing Summary

| | |
|---|---|
| Total professional services | $1,730.00 |
| Total expenses incurred | $157.07 |
| | ---------------- |
| Total of new charges for this invoice | $1,887.07 |
| | ---------------- |
| **Total balance now due** | **$1,887.07** |



**CAMPBELL DeLONG, LLP**
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

May 9, 2007

| | |
|---|---|
| Wal-Mart Stores, Inc. | Invoice# 29763    RBV |
| ELECTRONIC BILLING | Our file#    030650    06451 |
| ELECTRONIC BILLING | Billing through  04/30/2007 |
| ELECTRONIC BILLING | |
| Data Cert | |
| ELECTRONIC BILLING | |

Re:  Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 03/07/2007 | RCS | Receipt of executed signature page from store manager Luvell Watson | 0.10 hrs. |
| 03/08/2007 | RBV | Execution and approval of discovery responses for filing | 0.20 hrs. |
| 03/08/2007 | RCS | Electronically file notice of service of discovery with clerk of court | 0.20 hrs. |
| 03/08/2007 | RCS | Preparation of correspondence to counsel for Plaintiff transmitting discovery responses and compile enclosures | 0.40 hrs. |
| 03/12/2007 | RBV | Receipt and review plaintiff's responses to interrogatories and request for production | 0.70 hrs. |
| 03/12/2007 | RBV | Receipt and review correspondence from plaintiff's counsel with deposition of plaintiff and unusual request for Defendant depositions with reply | 0.30 hrs. |
| 03/12/2007 | RBV | Prepared medical records request to Dr Donahoe, Indianola Clinic, and University Hospitals | 0.40 hrs. |
| 03/12/2007 | RBV | Correspondence to Social Security Administration re records of plaintiff | 0.20 hrs. |
| 03/19/2007 | RCS | Internet search for information and location re "Dr. | 0.30 hrs. |

030650    Wal-Mart Stores, Inc.                          Invoice#   29763        Page   2

Sleshington" - information located for Dr. Schlessinger

| 03/21/2007 | RCS | Compile medical records index for Plaintiff | 0.30 hrs. |
|---|---|---|---|
| 03/27/2007 | RBV | Receipt and review medical records of Dr Donahoe | 1.30 hrs. |
| 03/28/2007 | RCS | Update medical records index of Plaintiff | 0.30 hrs. |
| 03/30/2007 | RBV | Receipt and review plaintiff's supplemental responses to discovery and document production supplementation | 0.60 hrs. |
| 03/30/2007 | RBV | Correspondence Plaintiff's counsel re third party complaint, deposition delays and response for request for discovery supplementation | 0.50 hrs. |
| 03/30/2007 | RBV | Instructions to LDWjr for Motion to Add Party, third party complaint and motion for leave to amend | 0.80 hrs. |
| 04/05/2007 | RBV | Conducted telephonic case management conference with Judge Bogen | 0.50 hrs. |
| 04/05/2007 | RBV | Preperations for case management conference with Magistrate Bogen | 0.50 hrs. |
| 04/10/2007 | RBV | Receipt and review entry from Magistrate Bogen confirming conference | 0.10 hrs. |
| 04/10/2007 | RBV | Receipt and review Case Management Order, trial setting and instructions to paralegal for update on case management report | 0.40 hrs. |
| 04/10/2007 | RCS | E-mail to Wal-Mart Legal re vendor agreement | 0.10 hrs. |
| 04/10/2007 | RCS | E-mail to Clarence Richard and Catherine Kanthak re vendor agreement | 0.20 hrs. |
| 04/10/2007 | RCS | Review of file materials in preparation for drafting CMR | 0.50 hrs. |
| 04/11/2007 | RBV | Receipt and review Order from Judge Mills for trial setting and pretrial | 0.20 hrs. |
| 04/11/2007 | RCS | Preparation of draft of Case Management Report | 0.80 hrs. |

030650  Wal-Mart Stores, Inc.  Invoice# 29763  Page 3

| | | | |
|---|---|---|---|
| 04/11/2007 | RCS | Correspondence from Wal-Mart legal re vendor agreement | 0.10 hrs. |
| 04/12/2007 | RBV | Updated case management report from paralegal draft | 1.20 hrs. |
| 04/12/2007 | RCS | Update medical records notebook of Plaintiff | 0.20 hrs. |
| 04/14/2007 | RBV | Receipt and review numerous medical records from South Sunflower County Hospital | 1.30 hrs. |
| 04/14/2007 | RBV | Receipt and review medical records from University Hospitals | 1.20 hrs. |
| 04/19/2007 | RCS | Return e-mail to litigation support re lack of vendor agreement | 0.10 hrs. |
| 04/23/2007 | DW | Receipt and review of e-mail correspondence detailing the steps taken to locate vendor agreement needed to file the third party complaint against public payphone company. | 0.20 hrs. |
| 04/23/2007 | DW | Working with Regina Satterfield to provide requested information to Wal-Mart legal to identify vendor against whom a third-party complaint will be filed. | 0.30 hrs. |
| 04/30/2007 | RBV | Report from paralegal re inspection of social security records and additional medical records requests | 0.30 hrs. |
| 04/30/2007 | DW | Instructions from RBV regarding third party complaint against public payphones. | 0.30 hrs. |
| 04/30/2007 | DW | Drafting motion to file third party complaint against public payphones. | 1.30 hrs. |
| 04/30/2007 | RCS | Travel to Greenville office of Social Security Administration and reviewed plaintiff's disability file. | 1.80 hrs. |
| 04/30/2007 | RCS | Preparation of correspondence to Greenwood Leflore Hospital requesting medical records of Plaintiff via medical authorization | 0.20 hrs. |
| 04/30/2007 | RCS | Preparation of correspondence to Bolivar Medical Center requesting medical records of Plaintiff via medical authorization | 0.20 hrs. |

030650     Wal-Mart Stores, Inc.                  Invoice#  29763       Page  4

| 04/30/2007 | RCS | Preparation of correspondence to John Lucas, III, MD requesting medical records of Plaintiff via medical authorization | 0.20 hrs. |
|---|---|---|---|
| 04/30/2007 | RCS | Update medical records index of Plaintiff | 0.20 hrs. |
| | | | $2,101.00 |

## EXPENSES

| 03/28/2007 | Indianola Family Medical Group - Medical Records | 84.00 |
|---|---|---|
| 04/03/2007 | SDS - Medical Records from University of MS Medical Center | 163.50 |
| 04/03/2007 | South Sunflower County Hospital - Medical Records | 162.50 |
| | | $410.00 |

## FEE SUMMARY

| | | | | |
|---|---|---|---|---|
| Virden, Robert B. | 10.70 | hrs. @ | 140.00 | 1,498.00 |
| Wade Jr., L. Douglas | 2.10 | hrs. @ | 110.00 | 231.00 |
| Satterfield, Regina C. | 6.20 | hrs. @ | 60.00 | 372.00 |
| | 19.00 | | | $2,101.00 |

## Billing Summary

| | |
|---|---|
| Total professional services | $2,101.00 |
| Total expenses incurred | $410.00 |
| | ---------------- |
| Total of new charges for this invoice | $2,511.00 |
| | ---------------- |
| **Total balance now due** | **$2,511.00** |

**CAMPBELL DeLONG, LLP**
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

March 20, 2007

Wal-Mart Stores, Inc.                                    Invoice# 29530    RBV
ELECTRONIC BILLING                                    Our file#    030650    06451
ELECTRONIC BILLING                            Billing through 02/28/2007
ELECTRONIC BILLING
Data Cert
ELECTRONIC BILLING

Re: Willie Mae Moore v. Wal-Mart

CLAIM NUMBER: 4951178

PROFESSIONAL SERVICES

| Date | | Description | Hours |
|---|---|---|---|
| 02/02/2007 | RCS | Telephone call to Pearlie Simpson at Store 341 re photographs;store file materials | 0.20 hrs. |
| 02/02/2007 | RCS | Continue work on response to Plaintiff's request for production | 0.80 hrs. |
| 02/05/2007 | RCS | Preparation of Discovery Request Form and e-mail same to litigation support for documents to be produced | 0.30 hrs. |
| 02/06/2007 | RCS | Telephone call to store manager Luvelle Watson re documentation regarding pay phone | 0.20 hrs. |
| 02/06/2007 | RCS | Continue work on draft of Defendant's responses to Plaintiff's interrogatories and requests for production of documents | 0.60 hrs. |
| 02/07/2007 | RCS | Telephone call to Pearlie Simpson at Store 347 re store file materials | 0.20 hrs. |
| 02/07/2007 | RCS | Telephone call to associate Wanda Foster re incident | 0.20 hrs. |
| 02/07/2007 | RCS | Compiled documents for responses to Plaintiff's interrogatories and requests for production of documents | 2.00 hrs. |
| 02/12/2007 | RBV | Review of new documents and photographs produced by | 0.50 hrs. |

client and revisions to discovery with paralegal

| | | | |
|---|---|---|---|
| 02/12/2007 | RBV | Correspondence to Magistrate Judge with draft case management order | 0.20 hrs. |
| 02/12/2007 | RBV | Prepared Confidential Settlement Memorandum for Magistrate required under local rules | 0.70 hrs. |
| 02/12/2007 | RCS | Receipt and review store file materials from Store 347 | 0.40 hrs. |
| 02/12/2007 | RCS | E-mail from litigation support re documents responsive to Plaintiff's request for production of documents | 0.10 hrs. |
| 02/12/2007 | RCS | Telephone call to Moses Spells at Store 347 re facts of incident | 0.20 hrs. |
| 02/12/2007 | RCS | Telephone call to Frank Johnson at Store 347 re facts of incident | 0.20 hrs. |
| 02/12/2007 | RCS | Finalized responses to Plaintiff's first set of interrogatories and requests for production of documents | 0.60 hrs. |
| 02/13/2007 | RBV | Revised responses to plaintiff's interrogatories drafted by paralegal | 1.70 hrs. |
| 02/13/2007 | RBV | Review and approval of documents necessary for production in response to plaintiff's request | 1.30 hrs. |
| 02/13/2007 | RCS | Complete draft of discovery responses and compile documents to be produced in response to Plaintiff's requests for production of documents | 0.70 hrs. |
| 02/14/2007 | RCS | E-mail to litigation support re location of Steve Evilsizor | 0.10 hrs. |
| 02/14/2007 | RCS | Revise defendant's responses and Plaintiff's interrogatories and requests for production of documents and compile additional documents to be produced | 1.00 hrs. |
| 02/14/2007 | RCS | Preparation of notice of service of discovery | 0.20 hrs. |
| 02/20/2007 | RBV | Receipt and review Initial Order and hearing notice for case management conference with Magistrate | 0.30 hrs. |

030650    Wal-Mart Stores, Inc.                    Invoice# 29530      Page  3

| | | | |
|---|---|---|---|
| 02/20/2007 | RBV | Correspondence to Judge Bogen to resubmit draft case management plant | 0.20 hrs. |
| 02/20/2007 | RBV | Correspondence to plaintiff's counsel re deposition of plaintiff | 0.20 hrs. |
| 02/20/2007 | RCS | Telephone call to attorney for Plaintiff re discovery requests | 0.10 hrs. |
| 02/21/2007 | RBV | Return travel to Greenville | 0.70 hrs. |
| 02/21/2007 | RBV | Prepared memorandum to file re facts of store visit and follow-up investigation necessary | 0.40 hrs. |
| 02/21/2007 | RBV | Travel to Indianola for store visit and meeting with Pearlie Simpson | 0.70 hrs. |
| 02/21/2007 | RBV | Conducted store visit, inspection of subject phone, photographs and interview with Ms Simpson | 1.40 hrs. |
| 02/21/2007 | RCS | Receipt and brief review of documents to be produced from Wal-Mart Legal | 0.20 hrs. |
| 02/21/2007 | RCS | Receipt of e-mail from Wal-Mart legal re vendor agreement | 0.10 hrs. |
| 02/21/2007 | RCS | Telephone call to Pearlie Simpson at Store 347 re phone inspection and discovery responses | 0.20 hrs. |
| 02/21/2007 | RCS | Telephone call to Pearlie Simpson re meeting with RBV for phone inspection | 0.10 hrs. |
| 02/22/2007 | RBV | Receipt and review order for extension on motion to remand response | 0.10 hrs. |
| 02/22/2007 | RBV | Receipt and review documents necessary for production including new photographs and documents from Wal Mart Legal | 2.30 hrs. |
| 02/22/2007 | RBV | Review and approval of final documents and items necessary for production and revisions to paralegal to finalize | 1.30 hrs. |

030650     Wal-Mart Stores, Inc.             Invoice#   29530      Page   4

| 02/22/2007 | RCS | Receipt of e-mail from Wal-Mart legal re whereabouts of Store Manager Steve Evilsizor | 0.20 hrs. |
|---|---|---|---|
| 02/22/2007 | RCS | Revise defendant's responses to Plaintiff's first set of interrogatories and requests for production of documents | 0.40 hrs. |
| 02/22/2007 | RCS | Preparation of correspondence via facsimile to Pearlie Simpson re execution of interrogatory responses | 0.20 hrs. |
| 02/23/2007 | MSF | Prepare copies of photos of telephone for production to opposite counsel and for use in discovery. | 1.10 hrs. |
| 02/27/2007 | RCS | Telephone call to Pearlie Simpson at Store 347 re status of execution of discovery responses | 0.20 hrs. |
| 02/27/2007 | RCS | Re-fax discovery responses to Store 347 for execution | 0.10 hrs. |
| 02/28/2007 | RCS | E-mail from counsel for Plaintiff re discovery requests | 0.10 hrs. |

$2,340.00

EXPENSES

| 02/21/2007 | 50 Miles to Indianola, MS at $.485 a Mile | 24.25 |
|---|---|---|

$24.25

FEE SUMMARY

| Virden, Robert B. | 12.00 hrs. @ | 140.00 | 1,680.00 |
|---|---|---|---|
| Satterfield, Regina C. | 9.90 hrs. @ | 60.00 | 594.00 |
| Flowers, Melanie S. | 1.10 hrs. @ | 60.00 | 66.00 |
| | 23.00 | | $2,340.00 |

**Billing Summary**

| Total professional services | $2,340.00 |
|---|---|
| Total expenses incurred | $24.25 |
| | ---------------- |
| Total of new charges for this invoice | $2,364.25 |
| | ---------------- |

**Total balance now due**                                      **$2,364.25**

**CAMPBELL DeLONG, LLP**
923 Washington Avenue
P. O. Box 1856
Greenville, MS 38702-1856
TAX ID#: 64-0303636

February 8, 2007

| | |
|---|---|
| Wal-Mart Stores, Inc. | Invoice# 29333   RBV |
| ELECTRONIC BILLING | Our file#   030650   06451 |
| ELECTRONIC BILLING | Billing through  01/31/2007 |
| ELECTRONIC BILLING | |
| Data Cert | |
| ELECTRONIC BILLING | |

Re: Willie Mae Moore vs Wal Mart; personal injury

CLAIM NUMBER: 2006-32359

## PROFESSIONAL SERVICES

| | | | |
|---|---|---|---|
| 12/21/2006 | RBV | Prepared Removal Notice, documents and Answer | 1.70 hrs. |
| 12/21/2006 | RBV | Prepared draft interrogatories and request for production of documents | 0.80 hrs. |
| 12/21/2006 | RBV | Correspondence to Mr Richard confirming representation and removal/answer | 0.20 hrs. |
| 12/21/2006 | RBV | Receipt and review correspondence and new lawsuit/compliant from Ashleigh Johnson and Catherine Kanthak | 0.40 hrs. |
| 12/26/2006 | RBV | Receipt and review correspondence and CMI file from Ms Laforge | 1.40 hrs. |
| 12/26/2006 | RBV | Revised answer, removal documents and initial discovery | 1.20 hrs. |
| 01/02/2007 | RBV | Revised answer with inclusion of Rule 19 defenses and punitive damages defenses | 0.40 hrs. |
| 01/04/2007 | RBV | Receipt and review initial orders from federal court with case assignment, recusal and re-assignment to Oxford District Judge Mills | 0.40 hrs. |

030650     Wal-Mart Stores, Inc.          Invoice#   29333      Page   2

| | | | |
|---|---|---|---|
| 01/04/2007 | RBV | Receipt and review correspondence from claimant's counsel requesting oral argument for appeal and instructions to paralegal to set | 0.30 hrs. |
| 01/08/2007 | RBV | Receipt and review certification and receipt notice from Sunflower Circuit Clerk with filing to federal court | 0.30 hrs. |
| 01/08/2007 | RBV | Prepared draft Core Disclosures under federal local rules | 0.80 hrs. |
| 01/12/2007 | RBV | Prepared draft pre-discovery core disclosures and document production for filing | 1.20 hrs. |
| 01/12/2007 | RBV | Prepared draft Case Management Order under local rules with correspondence to plaintiff's counsel | 0.40 hrs. |
| 01/15/2007 | RBV | Prepared draft Case Management Report, Summary and Budget | 2.20 hrs. |
| 01/18/2007 | RBV | Conducted attorney's conference required under local rules for initial disclosures and status | 0.80 hrs. |
| 01/18/2007 | RBV | Revised draft Case Management Plan with correspondence to plaintiff's counsel for approval and review | 0.40 hrs. |
| 01/18/2007 | RBV | Finalized Prediscovery core disclosures and correspondence to clerk filing with certificate of service | 0.70 hrs. |
| 01/18/2007 | RBV | Extended telephone conference with Rob Schmidt with Public Pay Phone Co re incident, lawsuit, investigation and request for indemnity | 0.40 hrs. |
| 01/18/2007 | RBV | Separate correspondence to Public Payphone requesting investigation materials and demand for defense/indemnity | 0.30 hrs. |
| 01/18/2007 | RBV | Correspondence to Mr Richard re Vendor Agreement and defense/indemnity | 0.20 hrs. |
| 01/18/2007 | RBV | Revised Case MAnagement Report and Budget with additional third party information | 0.50 hrs. |
| 01/18/2007 | RBV | Finalized interrogatories and request for production to plaintiff with certificate of service and filing | 0.50 hrs. |

030650    Wal-Mart Stores, Inc.                          Invoice#  29333        Page   3

| 01/18/2007 | RBV | Prepared Corporate Disclosure Statement required under Local Rules | 0.20 hrs. |
| 01/18/2007 | RBV | Telephone conference with plaintiff's counsel for deposition of plaintiff and employee-witnesses | 0.20 hrs. |
| 01/25/2007 | RBV | Receipt and review plaintiff's pre-discovery core disclosures | 0.70 hrs. |
| 01/25/2007 | RBV | Receipt and review plaintiff's interrogatories and request for production with instructions to paralegal for draft responses | 0.60 hrs. |
| 01/31/2007 | RCS | Review file materials in preparation for drafting responses to Plaintiff's interrogatories and requests for production of documents | 0.70 hrs. |
| 01/31/2007 | RCS | Begin drafting responses to Plaintiff's interrogatories and requests for production of documents | 1.60 hrs. |
| | | | $2,546.00 |

EXPENSES

| 01/03/2007 | 24 Copies at $.08  a Copy | 1.92 |
| 01/03/2007 | Clerk, U.S. District Court -  Court Costs for Removal to Federal Court | 350.00 |
| 01/18/2007 | Long Distance Telephone Call 504-838-9702 | 3.08 |
| 01/19/2007 | 14 Copies at $.08  a Copy | 1.12 |
| 01/30/2007 | 13 Copies at $.08  a Copy | 1.04 |
| | | $357.16 |

FEE SUMMARY

| | | | |
|---|---|---|---|
| Virden, Robert B. | 17.20  hrs. @ | 140.00 | 2,408.00 |
| Satterfield, Regina C. | 2.30  hrs. @ | 60.00 | 138.00 |
| | 19.50 | | $2,546.00 |

**Billing Summary**

030650   Wal-Mart Stores, Inc.                    Invoice#   29333        Page   4

Total professional services                        $2,546.00
Total expenses incurred                             $357.16
                                                 ----------------
Total of new charges for this invoice              $2,903.16
                                                 ----------------

**Total balance now due**                          **$2,903.16**