**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**WILLIE MAE MOORE**                                                                      **PLAINTIFF**

**VS.**                                              **CAUSE NO. 4:07CV5-M-B**

**WAL-MART STORES, INC.
AND JOHN DOES 1-5**                                          **DEFENDANTS**

**AND**

**WAL-MART STORES, INC.**              **DEFENDANT/THIRD-PARTY PLAINTIFF**

**V.**

**PUBLIC PAY PHONE COMPANY,
ROBERT P. SCHMIDT AND
JOHN DOES A-B**                                      **THIRD-PARTY DEFENDANTS**

## NOTICE OF APPEAL

**COMES NOW** Defendant Wal-Mart Stores, Inc. and hereby notices this appeal to the United States Court of Appeals for the Fifth Circuit from the final Order and/or Judgment of this District Court entered in the above captioned proceeding on September 20, 2012. Defendant Wal-Mart submits the District Court's Order was not supported by the facts or law in this matter should be reversed.

**RESPECTFULLY SUBMITTED, THIS**, the 15th day of October, 2012.

                                                  **WAL-MART STORES, INC.**

                                                  **By: /s/R. Brittain Virden**
                                                     **R. BRITTAIN VIRDEN, MBN 10022**
                                                     **Attorney for Defendant Wal-Mart Stores, Inc.**

**OF COUNSEL:**

**CAMPBELL DeLONG, LLP**
923 Washington Avenue (38701)
Post Office Box 1856
Greenville, MS  38702-1856
Telephone: (662) 335-6011
Facsimile:  (662) 334-6407
**bvirden@campbelldelongllp.com**

### CERTIFICATE OF SERVICE

I , R. Brittain Virden, hereby certify that on October 15, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to Cynthia A. Stewart, Esq., cstewart@ms-lawyer.net

/s/R. Brittain Virden
**R. BRITTAIN VIRDEN**
**Attorney for Defendant Wal-Mart Stores, Inc.**
**CAMPBELL DeLONG,LLP**
923 Washington Avenue (38701)
Post Office Box 1856
Greenville, MS  38702-1856
Telephone (662) 335-6011
Facsimile  (662) 334-6407
**bvirden@campbelldelongllp.com**